# MARY BETH BUSH

vs.

# CITY OF GARDNER

# JEFFREY D. STEWART

*June 28, 2017*

Summary Judgment Exhibit

**14**



CHRISTOPHER VIDEO & REPORTING
1100 Main Street, Suite 2190 - Kansas City, MO 64105
816.471.7800 www.christophervideo.com 816.471.7998 (Fax)

```
 1              IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF KANSAS
 2
      MARY BETH BUSH,           )
 3                              )         CONFIDENTIAL
      Plaintiff,                )
 4                              ) Case No.
              vs.               ) 2:16-CV-02675-JWL-GEB
 5                              )
      CITY OF GARDNER,          )
 6    KANSAS,                   )
                                )
 7    Defendant.                )

 8              THE CONFIDENTIAL DEPOSITION OF.
                       JEFFREY D. STEWART,
 9
      produced, sworn and examined on the part of the
10    Defendant, pursuant to Notice on the 28th of
      June, 2017, at Ensz & Jester, P.C., 2121 City
11    Center Square, 1100 Main Street, Kansas City,
      Missouri 64105, IN THE UNITED STATES DISTRICT
12    COURT, FOR THE DISTRICT OF KANSAS, before me,

13
                        MARIA L. TAYLOR
14                       CCR, CSR, RPR
                              of
15              CHRISTOPHER VIDEO & REPORTING

16
      a Registered Professional Reporter and Certified
17    Court Reporter in and for the States of Kansas,
      Missouri and Iowa.
18

19

20

21

22

23

24

25
```

```
 1                         INDEX
       WITNESS:                                     PAGE
 2     JEFFREY D. STEWART

 3   EXAMINATION BY MR. NAPOLITANO                    4
     EXAMINATION BY MR. HUBBARD                      48
 4   FURTHER EXAMINATION BY MR. NAPOLITANO           67

 5


 6                        EXHIBITS

 7     EXHIBIT
       NUMBER            DESCRIPTION                PAGE
 8

 9   Exhibit 193    Personnel file                    21

10   Exhibit 194    E-mail                            37

11   Exhibit 195    E-mail                            39

12   Exhibit 196    Katie Asbury's exit               62
                    questionnaire for the City of
13                  Gardner

14

15

16     NOTE:   Exhibits were attached to the original
       transcript.
17

18

19

20

21

22

23

24

25
```

```
 1   have about Cheryl Harrison-Lee as a supervisor?
 2        A.   I don't have -- I don't believe I had
 3   any complaints.  I recognized the position that
 4   the city administration is and have respect for
 5   that position.  I also understand that that's a
 6   position that's pulled in many different
 7   directions, and so -- so while having more
 8   one-on-one time with Cheryl to talk through
 9   things or work through things perhaps could be
10   desired at times, I understood too that I had a
11   role and a responsibility to manage the
12   operations that I oversaw.  And I felt like if
13   there was a problem that I needed assistance
14   with, that I could connect with Cheryl and call
15   her or set an appointment to walk through things,
16   so...
17        Q.   So if you needed something, she was
18   available to you?
19        A.   Yeah.  I think that's fair to say.
20        Q.   Did you ever feel mistreated by Cheryl
21   Harrison-Lee?
22        A.   I don't think so.
23        Q.   Did you ever feel intimidated by Cheryl
24   Harrison-Lee?
25        A.   Intimidated?  No.
```

1           MR. HUBBARD:  Object to form.
2      A.   If I understand your question correctly,
3 it's a hard copy document that I would receive
4 that there's various levels of criteria that are
5 evaluated or measured and a score that is
6 assigned to that -- the different criteria.
7      Q.   (By Mr. Napolitano)  And is this just
8 presented to you in paper format or do you have a
9 meeting with the supervisor?  How does that work?
10          MR. HUBBARD:  Object to form.
11     A.   I don't recall in the entire time that I
12 was with the City of Gardner if there was always
13 a one-on-one conversation.  Specifically in
14 recent years, there was when there was a
15 performance evaluation.
16     Q.   (By Mr. Napolitano)  I want to talk now
17 about the relationship as you observed it between
18 Cheryl and Mary Bush.  Okay?
19     A.   Okay.
20     Q.   What was their relationship like when
21 Cheryl first started in July of 2012?
22          MR. HUBBARD:  Object to form.
23     A.   I believe the general observation was
24 that there was a close working relationship.
25 Perhaps a perception that Mary was the go-to

1 person for Cheryl when something was needed or
2 needed to be done or organized. So it appeared
3 to be a very close working relationship.
4     Q. (By Mr. Napolitano) When you say there
5 was this perception, was that also your
6 perception?
7     A. Yes.
8     Q. And at some point did that change?
9     A. Yes.
10     Q. When did it change?
11         MR. HUBBARD: Object to form.
12     A. I don't know exactly.
13     Q. (By Mr. Napolitano) What did you
14 observe changing in their relationship?
15         MR. HUBBARD: Object to form.
16     A. There seemed to be less communication,
17 less interaction.
18     Q. (By Mr. Napolitano) Did you ever speak
19 with Mary Bush about that?
20     A. I did.
21     Q. When did you have those conversations?
22     A. I couldn't tell you specifically.
23     Q. How many conversations do you think you
24 had with her about it?
25     A. I don't know.

1   Q.   More than one?
2   A.   Yes.
3   Q.   Less than a dozen?
4   A.   I'm not sure.
5   Q.   Okay.  And what did she tell you during
6   those conversations?
7   A.   In general Mary was -- seemed frustrated
8   that -- that she was not receiving responses from
9   Cheryl or the communication she needed to
10  perform.
11  Q.   Did she express that she was concerned
12  for her job?
13  A.   I believe so.
14  Q.   This change in relationship, it wasn't
15  abrupt, was it?
16          MR. HUBBARD:  Object to form.
17  A.   I don't know.
18  Q.   (By Mr. Napolitano)  How long had it
19  been going on before Mary left?
20          MR. HUBBARD:  Object to form.
21  A.   I'm not sure.
22  Q.   (By Mr. Napolitano)  Was it many months?
23          MR. HUBBARD:  Object to form.
24  A.   I would guesstimate that it was several
25  months, if not longer.

1  Speculation.
2      A.   I don't remember the time line.
3      Q.   (By Mr. Napolitano)  Okay.  But they had
4  been having -- her and Mary had been having
5  issues for I think you said many months if not
6  more; correct?
7           MR. HUBBARD:  Object to form.
8  Misstates prior testimony.
9      A.   My judgment is -- has been -- it had
10 been months before separation.
11     Q.   (By Mr. Napolitano)  You had testified a
12 moment ago that she had concerns -- she was
13 concerned about her job.  Did she say why?
14          MR. HUBBARD:  Object to form.
15     A.   I don't remember specifically why she
16 stated that, other than there seemed to be
17 friction between her and Cheryl and a
18 disconnection and that Cheryl was her supervisor
19 and the city administrator.
20     Q.   (By Mr. Napolitano)  At some point in
21 time a special events coordinator position was
22 created at the City of Gardner; correct?
23     A.   Correct.
24     Q.   And did that position report to you?
25     A.   No.

1      Q.   Who'd it report to?
2      A.   Not directly.
3      Q.   I'm sorry.  That was a bad question.
4           Was that position within your
5  department?
6      A.   Yes.
7      Q.   And did you ask for that position?
8      A.   I did.
9      Q.   To the best of your memory, when was
10 that position first discussed?
11     A.   I think that internally within the parks
12 and recreation department, it had been discussed
13 a number of times, perhaps even multiple years
14 before being approved officially.  We had a
15 process that was implemented at some point in
16 time for the budget process that if we had a
17 request for additional resources or personnel
18 specifically that we were to fill out the form
19 and submit it.  I did submit that -- I believe I
20 submitted that at least the year that it was
21 approved as well as the previous year.  Perhaps
22 even more than -- more than that, more frequently
23 than that.
24     Q.   But you don't have a specific memory of
25 the first time you submitted it?

1    A.   I don't remember which year was the very
2  first, but it was multiple years.
3    Q.   Do you remember when you first discussed
4  that position with Cheryl Harrison-Lee?
5    A.   I don't remember when it was first
6  discussed.  My assumption would be with the
7  proper form being filled out that the city
8  administrator would have received an update, if
9  not copies, of those forms as we were going
10 through the budget process, but I can't confirm
11 that or deny it.
12         MR. NAPOLITANO:  Can we take a
13 break real quick?
14         (WHEREIN, a short break was taken.)
15      (Exhibit 194 was marked for identification.)
16   Q.   (By Mr. Napolitano) Okay.  We were
17 talking about the special events coordinator
18 before we took a break and I'm handing you now
19 what's been marked as Exhibit 194.  Do you
20 recognize this?
21   A.   I don't know.  I haven't read it yet.
22   Q.   Okay.  We'll take a minute and let me
23 know when you're done.
24   A.   Yes, it looks familiar.
25   Q.   And is it an e-mail from you to Mary

1  Speculation.
2      A.   I'm not sure I understand what you're
3  asking me.
4      Q.   (By Mr. Napolitano)  There was a
5  conversation in which she said she was concerned
6  about her job; right?
7      A.   Okay.
8      Q.   And I'm just trying to as best I can
9  understand the time line of that comment.  And so
10 if I tell you that her last -- her employment
11 ended in March of 2015 --
12     A.   Right.
13     Q.   -- does that help you place that
14 conversation?
15              MR. HUBBARD:  Object to --
16     A.   I do not recall when that conversation
17 took place exactly.
18     Q.   (By Mr. Napolitano)  Did Mary Beth Bush
19 ever say she felt Cheryl Harrison-Lee was
20 discriminating against her on the base of her
21 race and age?
22     A.   I do not recall.
23     Q.   Has she ever shown you the complaint
24 that she submitted to the City of Gardner?
25     A.   I don't believe so.

1      MR. HUBBARD:  Object to form.
2  Speculation.  Asked and answered.
3      A.   Again, I don't -- I don't know exactly
4  when I was first approached with her concern.
5      Q.   (By Mr. Napolitano)  Was it many months
6  before she left?
7      MR. HUBBARD:  Object to form.  Now
8  asked and answered.  You are arguing with the
9  witness.
10     MR. NAPOLITANO:  I am not.
11     Q.   (By Mr. Napolitano)  Please answer.
12     A.   Again, I believe that it was several
13  months before separation that there was -- Mary
14  had concern.  I don't recall exactly when that
15  concern was first voiced to me or observed by me.
16     MR. NAPOLITANO:  Okay.  I have no
17  further questions.
18                    EXAMINATION
19  BY MR. HUBBARD:
20     Q.   Mr. Stewart, my name is Dirk Hubbard,
21  and I represent Mary Bush in this case.
22          I have just a few questions to follow-up
23  on your testimony to the questions from Mr. --
24  from Chris.
25          With regard to Exhibit 194 --

1      Q.   Okay.  And also for the record, you are
2  Caucasian; correct?
3      A.   I am, last I checked.
4      Q.   And what's your date of birth?
5      A.   ▇▇▇ of '69.
6      Q.   And I'm bad at math, so how old does
7  that make you?
8      A.   I am 47 years young.
9           MR. NAPOLITANO:  I have no further
10 questions.
11          MR. HUBBARD:  Thank you.  I have no
12 further questions.
13          THE WITNESS:  Read and sign.
14       Send to 14735 Four Corners Road,
15 Gardner, Kansas 66030.
16       (Deposition concluded at 2:57 p.m.)
17
18
19
20
21
22
23
24
25