

# City of Gardner, KS
## Performance Appraisal Form

| Mary Bush | 2013 |
|---|---|
| Employee Name | Review Period |
| Administrative Services | |
| Department | Evaluation Date |

Type of Review:

___ 6-Month    XX Annual    ___ Special

**Point Value Summary:**

|  | Total Score | Divided By | # Of Criteria Rated | Equals | Average Score |
|---|---|---|---|---|---|
| Supplement #1 – All Staff (except Directors, Managers & Supervisors) | | / | | = | |
| Supplement #2 – Police (Sworn Officers) | | / | | = | |
| Supplement #3 – Directors, Managers & Supervisors | 59 | / | 21 | = | 2.81 |
| Totals | 59 | / | 21 | = | 2.81 * |

*Average Point Value

Evaluator Signature _____ Date 10/6/14

Department Director Signature _____ Date

Administrative Services Manager Signature (mary B Bush) _____ Date 9/18/14

Employee Signature (mary B Bush) _____ Date 9/18/14

I would like to discuss this evaluation with someone other than my evaluator.    Yes ☐   No ☐





CITY000031

**Supplement # 3 – Department Directors, Managers and Supervisors**

NOTE: For each rating factor, please check the box under the description that best fits your evaluation of the employee. Space is provided for remarks in the comments section following each factor. Supporting information is required for any rating other than "Commendable Performance".

SCORE

[3] 1. **CUSTOMER SERVICE:**
   1. Rarely projects a customer service mentality to users. Rarely follows up with customers. Does not serve as a partner to the user. Rarely treats users equally, fairly, and with respect.
   2. Usually portrays the customer service mentality. Usually treats users equally, fairly, and with respect. Adequate follow-up on customer requests, work orders, etc.
   3. Always projects the customer service mentality. More thorough follow-up of customer requests is evident. Always treats all users equally, fairly, and with respect. Actively partners with users.

   [ ] Criterion is not applicable and/or I have not had the opportunity to observe performance.

   Comments:
   Customer service is one of Mary's strengths. She consistently displays a high level of customer service.

[3] 2. **TEAMWORK:**
   1. Listens to, shares with and supports the efforts of other people, but sometimes is not a good team member. Rarely proactive and does not anticipate future needs of the group.
   2. Usually listens to, shares with and supports the efforts of other people. Is reliable when asked to perform a "team function". Usually proactive and can anticipate future needs of the group.
   3. Almost always listens to, shares with and supports the efforts of other people. Tries to keep people working well together. Is proactive and anticipates future needs of the group.

   [ ] Criterion is not applicable and/or I have not had the opportunity to observe performance.

   Comments:
   Mary strives hard to work with all departments and often goes beyond her required duties to demonstrate teamwork.

[2] 3. **LEARNING:**
   1. Rarely pursues training opportunities and rarely uses knowledge to improve organization.
   2. Applies for and attends some training opportunities to enhance skills and abilities. Sometimes utilizes knowledge gained in improving organization.
   3. Consistently applies for and attends training opportunities to enhance skills and abilities. Utilizes knowledge gained in improving organization.

   [ ] Criterion is not applicable and/or I have not had the opportunity to observe performance.

Comments:

This is an area that needs additional effort in spite of the varied tasks. I expect Mary to take advantage of training opportunities to expand her skill set.

[2] 4. **COMMUNICATION:**
   1. Has difficulty communicating ideas with organized thoughts. Has frequent complaints about miscommunications.
   2. Communicates in an acceptable manner with all work related contacts.
   3. Communicates openly and effectively with others. Utilizes excellent communication skills with customers and co-workers. Maintains professional communication with other jurisdictions and City Departments.

   ☐ Criterion is not applicable and/or I have not had the opportunity to observe performance.

   Comments:

   Mary does an excellent job on presentations and staff training.

[3] 5. **LEADERSHIP THROUGH SERVICE:**
   1. Rarely willing to assist customers or colleagues who have questions. Sometimes does not give accurate and correct information and guidance to others. Will step into the leadership role only if made to do so and is not comfortable making decisions.
   2. Is willing to assist customers or colleagues who have questions. Gives accurate and correct information and guidance to others most of the time. Will step into the leadership role if asked and will make decisions with some assistance.
   3. Is always willing to assist customers or colleagues who have questions. Gives accurate and correct information and guidance to others. Will step into the leadership role if necessary and is comfortable making decisions based on knowledge.

   ☐ Criterion is not applicable and/or I have not had the opportunity to observe performance.

   Comments:

   Excellent demonstration of leadership!

CITY000033

[2] 6. **PROFESSIONALISM:**
   1. Usually reflects frustration, stress or sarcasm on the phone or in person. Inability to diffuse stressful situations. Inability to provide solutions to difficult problems and controversial situations.
   2. Sometimes reflects frustration, stress or sarcasm on the phone or in person. More often than not, is non-discriminatory. Usually demonstrates the capacity to understand another's feelings and opinions on controversial issues and responds in a timely manner.
   3. Remains composed and never reflects frustration, stress or sarcasm on the phone or in person. Always non-discriminatory. Demonstrates the capacity to understand another's feelings and opinions on issues in times of controversy. Able to provide a response in a timely manner.

   ☐ Criterion is not applicable and/or I have not had the opportunity to observe performance.

   Comments:
   Mary demonstrates a high level of professionalism. I encourage her to continue to work on challenging situations at Council meetings.

[3] 7. **RELATIONSHIP WITH DEPARTMENT MEMBERS:**
   1. Has difficulty communicating with others including supervisors and is generally not willing to accept constructive criticism. Inability to work as a team member.
   2. Has good communication skills and is at ease with most everyone including supervisors. Accepts role in organization. Good peer relationships and is accepted as a team member.
   3. Has excellent communication skills and is at ease in contact with everyone, including superiors. Understands superiors' responsibilities; respects and supports their position. Peer group leader. Actively assists others.

   ☐ Criterion is not applicable and/or I have not had the opportunity to observe performance.

   Comments:
   Mary has a good sense of how to communicate with staff at all levels.

[3] 8. **QUALITY AND PRODUCTIVITY:**
   1. Inability to consistently produce work at a level required for position. Unable to work efficiently and without substantial review and direction. Personal activities; (internet, personal phone calls) while at the office consistently limits their ability to assist customers, diminishes work productivity or interferes with efficiency.
   2. Able to perform their respective share of the work load usually with no assistance or direction. Personal activities: (internet, personal phone calls) while at the office sometimes limits their ability to assist customers, diminishes work productivity or interferes with efficiency.
   3. Able to perform their respective share of the work load without assistance or direction. Personal activities: (internet, personal phone calls) are rare, and never limit their ability to assist customers, diminishes work productivity or interferes with efficiency.

   ☐ Criterion is not applicable and/or I have not had the opportunity to observe performance.

Comments:

The quality of Mary's work is good. She consistently produces large volumes of work within established time frames.

[3] 9. **ACCEPTANCE OF FEEDBACK:**
1. Does not accept feedback very well. Argumentative at times and defensive. Does not take responsibility for their mistakes or take corrective action.
2. Accepts criticism in a positive manner and applies it to improve performance and further learning. Takes responsibility for their mistakes and takes corrective action.
3. Solicits feedback/criticism in order to further learning and improve performance. Does not argue or blame others for errors. Has an extremely positive attitude. Always accepts responsibility for their mistakes and takes corrective action.

☐ Criterion is not applicable and/or I have not had the opportunity to observe performance.

Comments:

Mary is good at seeking input on tasks and performance. When a mistake is pointed out to her, she accepts responsibility and discusses corrective action for the future.

[3] 10. **ATTITUDE:**
1. Rarely maintains composure/self control during periods of heavy workload. The overall quality of work is compromised during stressful periods with errors being made.
2. Usually maintains composure/self-control during periods of heavy workload. The overall quality of work is sometimes compromised during stressful periods.
3. Is always decisive and maintains composure/self-control during periods of heavy workload. The overall quality of work is never compromised during stressful periods.

☐ Criterion is not applicable and/or I have not had the opportunity to observe performance.

Comments:

In spite of the constant demands to complete many tasks, Mary remains positive. She was tasked with accomplishing many new goals last year and displayed a "can do" attitude each time.

**[3]** 11. **POLICY AND PROCEDURE:**
1. Does not have an understanding of many organizational/department policies/regulations/procedures and occasionally violates same.
2. Familiar with most applied organization/department policies/regulations/procedures and complies with same. Understands the importance of workplace safety and the procedure to correct safety hazards.
3. Has an excellent working knowledge of organization/department policies/regulations/procedures to include the importance of workplace safety and the procedure to correct safety hazards. Has an excellent working knowledge of lesser known and seldom used policies as well.

☐ Criterion is not applicable and/or I have not had the opportunity to observe performance.

Comments:
Mary is always certain to follow procedures and department policies.

**[2]** 12. **DIVISION/POSITION RESPONSIBILITY:**
1. Fails to comprehend and utilize Department divisions/position during the course of their work.
2. Possesses an understanding of the responsibility of each division/position within the department and occasionally knows how to utilize each division during the course of their work.
3. Possesses an excellent understanding of the responsibility of each division/position within the department and knows how to utilize each division during the course of their work.

☐ Criterion is not applicable and/or I have not had the opportunity to observe performance.

Comments:
Mary has acquired new divisions and is still learning the duties. She has shown tremendous ability to manage multiple new tasks.

**[3]** 13. **DEPARTMENT'S GOALS/VISION:**
1. Does not provide positive influence and proactive visionary leadership for department.
2. Understands the Department's goals and visions and attempts to incorporate them within their assignments. Sometimes provides visionary leadership to the department.
3. Has a firm grasp of the Department's goals and visions and enthusiastically promotes such, including input regarding new ideas to achieve those goals and visions. Provides visionary leadership for the department.

☐ Criterion is not applicable and/or I have not had the opportunity to observe performance.

Comments:
Over the course of last year, Mary developed a strong sense of visionary, strategic thinking skills. She has been able to utilize these skills to guide her department.

**[3]** 14. **UTILIZATION OF DEPARTMENTAL RESOURCES:**
1. Does not have a firm grasp of where to locate some resources within the department and occasionally utilizes them erroneously.
2. Knows where to locate most resources within the department and utilizes them appropriately.
3. Always knows where to locate all resources within the department and utilizes them with precision.

☐ Criterion is not applicable and/or I have not had the opportunity to observe performance.

Comments:
Mary has been a great resource for the department and the City.

**[3]** 15. **ADAPTABILITY:**
1. Reluctant to change and inability to implement change.
2. Accepts change without negative repercussions. Can change schedule, direction, and approach without resistance.
3. Extremely adaptable to change. Can be counted on to change schedule, direction, approach without hesitation. Demonstrates a willingness to change with a positive attitude.

☐ Criterion is not applicable and/or I have not had the opportunity to observe performance.

Comments:
Mary has an excellent attitude about the organization's extensive changes.

**[3]** 16. **INITIATIVE/DECISION MAKING:**
1. Needs prompting to take on any extra duties or responsibilities. Is rarely able to complete duties in a timely manner and without assistance. Decisions are rarely made independently. Utilizes others' input with little research. Indecisive.
2. Has the potential to be a self-starter. Takes on extra duties when asked and completes these duties in a timely manner. Makes good decisions based on good judgment and research most of the time.
3. Always self-reliant. Takes responsibility to take on extra duties without assistance or prompting. Always makes sound decisions based on information gathered from thorough research.

☐ Criterion is not applicable and/or I have not had the opportunity to observe performance.

Comments:
Mary does not wait to be told to move forward on tasks. She thinks carefully about a course of action and is confident in the execution of tasks.

**[3]** 17. **LISTENING:**
1. Rarely listens effectively in meetings or individually. Must be reminded of action items. Summarization of discussions is cursory and incomplete.
2. Usually listens effectively in meetings and individually. Occasionally may interrupt others. Usually can summarize discussions and recall action items. May ask questions for clarification.
3. Excellent listening skills; practices active listening regularly. Documents and summarizes; confirms summarization with others. Asks questions until fully understood.

☐ Criterion is not applicable and/or I have not had the opportunity to observe performance.

Comments:
Mary demonstrates the ability to grasp the message of difficult situations, even if they are presented without being overt.

**[3]** 18. **TRAINING/TEACHING:**
1. Rarely able to instruct others, individually or in a group setting. Does not sufficiently explain concepts. Does not ask for questions or feedback from attendees.
2. Usually able to instruct others individually or in a group setting. May produce documentation for others to use. Usually asks for feedback/questions. May need some assistance with pace, tone, technical language.
3. Excellent ability to instruct others individually or in a group setting. Frequently identifies training/teaching opportunities and develops training materials. Always produces documentation. Checks for understanding. Pace, tone, and use of appropriate terms is excellent.

☐ Criterion is not applicable and/or I have not had the opportunity to observe performance.

Comments:
Mary is responsible for training Citywide. She does an excellent job. In addition, she identified good training opportunities for the leadership team.

**[3]** 19. **PARTICIPATION IN STAFF MEETINGS:**
1. Has no interest in participating in staff meetings or providing input or suggestions on how to improve the efficiency/customer experience.
2. Usually participates in staff meetings. Generates ideas and comments to improve efficiency/customer experience. Will sometimes make suggestions even in face of opposition of other staff members.
3. Always actively participates in staff meetings. Always generates ideas and comments to improve efficiency/customer experience. Not afraid to make suggestions even in face of opposition of other staff members. Provides input on improving overall organizational goals.

☐ Criterion is not applicable and/or I have not had the opportunity to observe performance.

CITY000038

Comments:

**[3]** 20. **ORGANIZATIONAL SKILLS:**
  1. Does not have a grasp of the organizational skills necessary to get their job duties done. Work product reflects this lack of organizational skill.
  2. Good organizational skills. Has the ability to be prepared for tasks due to organizing resources and work space. Knows where and how to locate resources.
  3. Excellent organizational skills. Has the ability to be well prepared for tasks due to organizing resources and work space. Knows where and how to locate resources.

  ☐ Criterion is not applicable and/or I have not had the opportunity to observe performance.

  Comments:
  Mary is prepared for staff meetings and does an excellent job preparing for our one-on-one briefings. She provides agendas and appropriate back-up materials to discuss the topics.

**[3]** 21. **PROBLEM SOLVING/CREATIVITY:**
  1. Rarely makes an effort to solve problems when confronted with them. Considers only the most basic tools/solutions. Does not regularly identify potential problems.
  2. Makes good effort to solve problems when confronted with them. Usually considers various tools/solutions. May ask for supervisor assistance. Utilizes some tools to promote different problem-solving techniques.
  3. Can be relied upon to bring solutions, not problems, to supervisor. Always looks for new and various solutions/tools to solve problems. Utilizes many different skills to approach problem-solving.

  ☐ Criterion is not applicable and/or I have not had the opportunity to observe performance.

  Comments:

**SUPPLEMENT #3 SUMMARY:**

| Total Score | Divided by # of Criteria Rated | Equals Average Score | |
|---|---|---|---|
| _____ | _____ | _____ | _____ |

---
**REVIEW OF GOALS AND OBJECTIVES**

For each objective established at the beginning of the evaluation period, indicate the employee's success in accomplishing it.

   Comments:

**NEW GOALS AND OBJECTIVES**

In this section indicate specific objectives that the employee should accomplish during the evaluation period. Objectives should be jointly established by the supervisor and the employee. (Specify deadline: 3 months; 6 months; 9 months; 12 months)

1.

2.

3.

## PROFESSIONAL DEVELOPMENT OBJECTIVES

In this section list any agreed-upon training or education that the employee should receive in the following year. The goal of training and education should be to improve the employee's ability to perform their present work or prepare them for future assignments.

Comments:

## GENERAL COMMENTS

In this section list any pertinent facts that should be known about the employee's development which were not covered by other sections of this instrument. List any special skills, talents or major accomplishments.

Comments:

Mary has shown significant growth last year in the level of work produced for Council meetings. I am pleased that she is able to anticipate problematic situations and develops a strategy for addressing them before they arise.

## EMPLOYEE COMMENTS

In this section the employee should state what he/she will do maintain or improve performance. Note any areas of disagreement or incidents of importance not covered in the evaluation.

Comments:

CITY000041

Mary Bush

Goals for 2014

- Attend HR Conference
- Attend Employment Conference
- Web-Site project
- City Hall Security update
- Launch Supervisory Training
- Update Statement of Values for all City Property
- Update Records Management program
- Update Evaluation process to 5 point plan
- Update New Hire Orientation
- Create Social Media Policy and procedure
- IT Project
    - RFP
    - Procurement
    - Security Policy
    - Equipment audit and process update

CITY000042