

## REQUEST FOR PROPOSAL

### Request for Proposal – Information Technology Infrastructure

The City of Gardner (City) is seeking proposals from a firm (Vendor) to redevelop the City's current Information Technology (IT) Infrastructure and provide assistance in the deployment of a new virtual environment.

## MINIMUM REQUIREMENTS

Qualified respondent must have:

- Local engineering support (within the Kansas City Metro Area) to provide ongoing support and maintenance on ALL hardware / software contained in this RFP in the event this support is ever required in the future.
- Experience in installation of similar, current technology equipment and systems.
- Certified engineers are a plus, but not required.

Proposed install services must include project management services to work with the City assigned primary project contact for weekly onsite meetings, issue escalation, and to serve as a central point of communication with vendor.

## OTHER REQUIREMENTS

- Qualified respondent must bid on the entire solution including all hardware, software, shipping and handling costs, and services. Partial bids will not be accepted.
- Qualified respondents must also bid an upfront payment option and a 3 year financing option preferably at 0%.

## PROJECT SUMMARY

The City of Gardner has an aging infrastructure with many components at an end of life state or out of support. The City of Gardner wants to accomplish the following upgrades and installations.

Upgrade the existing core switching to support 10G Ethernet connections. The links to the remote switching locations will utilize 10G optimized fiber optic infrastructure to increase bandwidth and productivity. 10G capable Ethernet switches are to be deployed in each of the designated locations to support the 10G upgrade.

The City of Gardner has requested vendor assistance in the deployment of a new virtual environment. The deployment of this project will take place at 2 separate locations.

### Microsoft Services

The City of Gardner is currently on a physical Exchange 2003 server and two physical Windows server 2003 Domain Controllers with 1 virtual Windows server 2003 Domain Controller.

Summary Judgment Exhibit

ENNS & JESTER, P.C.

**23**



EXHIBIT _11_
WIT: M. Bush
DATE: 4-18-17
M. Taylor, RPR-CSR-CCR

CITY001217

The City of Gardner would like to migrate from Exchange 2003 to Exchange 2010. The City of Gardner has 203 mailboxes and they use Symantec for spam protection.

The City of Gardner would also like to upgrade from their current Windows server 2003 domain to a full Windows 2008 R2 domain with 1 physical domain controller and 2 domain controllers virtualized.

### Production Site (120 E. Main St. - Gardner, KS 66030)

Installation will include 2x Cisco c220, 1x EMC VNXe, and 1x EMC DD160 Appliance and 1x Liebert rack at this location. VMware vSphere 5.5 will be installed on both servers. Veeam will be used to backup the virtual environment utilizing the DD160 as a disk target. Once the secondary site is online, Veeam will be configured to replicate backup data between both sites.

Chosen qualified vendor will rack and cable the new hardware.

An EMC VNXe will be installed to provide centralized storage for the virtual environment. Chosen qualified vendor will create storage pools and VMware datastores based on the City's requirements and VMware best practices. The VNXe will connect to the VMware servers over iSCSI.

VMware vSphere 5.5 will be installed based on VMware best practices. Chosen qualified vendor will configure vSphere to utilized vMotion and High Availability (HA). To manage the VMware environment, vCenter will be installed and configured.

Veeam Backup and Recovery Enterprise software will be installed to backup the virtual environment. This deployment will require the use of a physical or virtual 64-bit Windows server to host the software. Chosen qualified vendor will install and configure the software to utilize the DD160 as a backup target. Veeam will also be utilized to replicate data between arrays.

### Secondary Site

The secondary site will receive a single Cisco c220, VNXe 3150 SAN, 1x EMC DD160 and 1x Liebert rack. VMware will be installed on the Cisco server. The VMware host at this location will be managed by the vCenter server at the main location.

### Networking Gear Buy-Back

The City of Gardner will be replacing outdated network equipment that it no longer has use for. If the bidder would like to reduce the cost of their bid by including a buy-back for this network equipment, that is an option. The networking equipment is as follows:

2 Count – 48 Port HP Procurve 2610
2 Count – 24 Port Porcurve 2610
1 Count – 48 Port HP Procurve 2810
2 Count – 48 Port Dell 3448
1 Count – 48 Port Dell 3348
4 Count – 16 Port Intelinet Switch
1 Count – 24 Port Asente POE Switch

2

## SCOPE OF SERVICES – Data Center Installation

The following are suggested configurations. Please feel free to provide alternative configurations if you feel they provide a comparable or more cost effective product for the City.

**Production Site**

### Rack Installation
- Install Liebert rack and drill screws into concrete to secure the rack.
- Install UPS and PDUs.

### 2x Cisco c220 Server Installation
- Install hardware into City's provided rack.
- Cable server to existing network infrastructure.
- Ensure hardware is functioning correctly.

### EMC VNXe 3150 Storage Array Configuration Tasks
- Install VNXe 3150 into City's supplied standard 4 post data center rack.
- Power on and perform hardware verification.
- Perform initial installation process.
- Configure iSCSI connectivity to a dedicated iSCSI VLAN. This will require a minimum of 2 Ethernet connections to the City of Gardner network.
- Provision RAID Groups.
- Create LUNs based on City's requirements.
- Complete "As Built" documentation with the current configuration of the solution at time of installation.
- Provide a minimum Functional Overview of all related hardware, software, and documentation used in any project.

### Veeam Implementation
- Install latest Veeam Backup & Replication Enterprise release on City of Gardner provided server.
- Obtain and install permanent licensing for Veeam.
- Configure retention policies, clients, schedules and groups with the City's assistance based on the City's requirements.
- Install, configure and activate up to 10 Veeam client agents.
- Configure EMC DataDomain appliance as the backup target for Veeam.
- Configure scheduled backups for up to 10 clients.

3

CITY001219

- Integrate Veeam with VMware vSphere.
- Configure scheduled backups for up to 5 VM image backups.
- Demonstrate restore capabilities of the system. This is limited to 10GB of Filesystem data, 40GB of VMware image and 10GB of database data. All restores should be done with test data to ensure no production data is inadvertently over-written as part of the testing phase.
- Configure Veeam to replicate data between EMC VNXe arrays
- Configure scheduled replication for up to 2 VM datastores.
- Complete "As Built" documentation with the current configuration of the solution at time of installation.

## Secondary Site

### Rack Installation
- Install Liebert rack and drill screws into concrete to secure the rack.
- Install UPS and PDU.

### 1x Cisco c220 Server Installation
- Install hardware into City provided rack.
- Cable server to existing network infrastructure.
- Ensure hardware is functioning correctly.

### EMC VNXe 3150 Implementation
- Install VNXe 3150 into City supplied standard 4 post data center rack.
- Power on and perform hardware verification.
- Perform initial installation process.
- Configure iSCSI connectivity to a dedicated iSCSI VLAN. This will require a minimum of 2 Ethernet connections to the City of Gardner's network.
- Provision RAID Groups.
- Create LUNs based on customer requirements.
- Validate replication is properly scheduled and functioning.
- Complete "As Built" documentation with the current configuration of the solution at time of installation.

### VMware vSphere 5.5 Implementation
- Install VMware ESXi 5.5 (1) Host at secondary site.
- Connect to vCenter 5.5 at primary site.

4

CITY001220

- Add ESXi server to the vCenter inventory.
- Configure networking on all ESXi servers to meet City's requirements.
- Configure VMFS data stores to meet City's requirements.
- Configure cluster in VMware to support the licensed features (HA, DRS).
- Configure resource pools if desired by the City.
- Configure alarms within vCenter if desired by the City.
- Working with the City of Gardner to install a Windows 2012 template VM.
- Complete "As Built" documentation with the current configuration of the solution at time of installation.

### EMC DataDomain Implementation

- Validate all components are onsite.
- Install all DataDomain hardware into City supplied standard 4 post rack.
- Initialize DataDomain and verify network connectivity
- Upgrade DataDomain with the latest available software version.
- Create CIFS shares, NFS exports, or DDBoost devices based on licensed features and City of Gardner requirements.
- Work with City to integrate the DataDomain device with their backup solution.
- Configuration replication to the secondary DataDomain device.
- Complete "As Built" documentation with the current configuration of the solution at time of installation.

## SCOPE OF SERVICES – Networking Installation

The following are suggested configurations. Please feel free to provide alternative configurations if you feel they provide a comparable or more cost effective product for the City.

### Cisco Networking Installation

Qualified vendor will install the following network solution:

- Unbox and rack the core Cisco Catalyst 4500X switch.
- Unbox and rack the remote Cisco Catalyst 2960S switches.
- Configure Cisco Catalyst 4500X with City provided VLANS.
- Configure Cisco Catalyst 4500X with City provided IP addresses.
- Configure dot1q trunks to each of the remote Cisco Catalyst 2960 switches.
- Configure authentication information on every switch.
- Configure FlexStack for 7 switches with the provided FlexStack cables and modules.
- Configure the switchports with the associated VLANS.

5

- Configure the ASA 5512 to replace the existing firewall.
- Configure inside and outside interfaces on the firewall.
- Configure network address translation as needed.
- Configure access control lists as needed.

**Exchange 2010 Implementation**

Qualified vendor will complete the following tasks for the Exchange 2010 implementation and testing:

- Install Servers Windows 2008 R2 with current security patches.
- Provision Storage for Exchange Databases per recommendations.
- Perform Storage Subsystem Stress Testing.
- Prepare Active Directory, Schema , Forest, Domain.
- Install Microsoft Exchange 2010 Client Access Role.
- Configure Client Access Role and set-up Co-Existence.
- Test Web services (OWA/OA) Co-Existence.
- Install Microsoft Exchange 2010 Hub Transport Role.
- Configure Mail Flow and Connectors to utilize Exchange 2010.
- Test Internal/External SMTP Traffic.
- Install Exchange 2010 Mailbox Role.
- Create and Configure Mailbox Databases.
- Create Public Folder Databases and begin Public Folder Replication.
- Add Database Copies and define Activation preferences.
- Create Test User Mailboxes on Legacy Mail System.
- Test Migration Process with up to 5 Test user accounts.
- Configure Backup System to backup Exchange 2010 Mailbox and Public Folder Databases.
- Validate Migration Process (Qualified vendor will migrate up to 5 test mailboxes, City of Gardner is responsible for the rest of the mailbox migration).
- Check to ensure all Exchange Public Folders have been moved.
- Remove legacy Exchange server following Microsoft Best Practices.

**Active Directory Upgrade**

Qualified vendor will complete the following design tasks for Active Directory:

- Install Windows 2008 R2 base server OS with latest patches on VMs.
- Perform Active Directory Discovery.

6

- Prepare AD for 2008 R2 Domain Controllers.
- Promote two Domain Controllers.
- Migrate DNS.
- Migrate DHCP.
- Decommission Windows 2003 Domain Controllers.

## HARDWARE AND SOFTWARE

The City of Gardner has chosen the following hardware and software quantities as a recommended starting point. With the exception of the VMWare procurement and installation, please feel free to offer alternative solutions that might better address the technology needs of the City. Shipping and handling costs must be included in your bid:

| QUANTITY | DESCRIPTION |
|---|---|
| Network Route and Switch | |
| 2 | Catalyst 4500-X 24 Port 10G Ent. Services Frt-to-Bk No P/S |
| 2 | 1 YR SMARTNET 8X5XNBD Catalyst 4500-X 24 Port 10G Ent. Serv |
| 2 | Catalyst 4500X 750W AC front to back cooling power supply |
| 2 | Catalyst 4500X 750W AC front to back cooling 2nd PWR supply |
| 4 | NEMA 5-15 to IEC-C15 8ft US |
| 2 | CAT4500-X  Universal Image |
| 2 | IP Base to Ent. Services license for 16 Port Catalyst 4500- |
| 2 | Catalyst 4500X 8 Port 10G Network Module |
| 18 | 1000BASE-T SFP |
| 6 | 10GBASE-CU SFP+ Cable 1 Meter |
| 4 | Catalyst 2960S 24 GigE PoE 370W 4 x SFP LAN Base |
| 4 | 1 YR SMARTNET 8X5XNBD Catalyst 2960S Stack |
| 4 | AC Power cord 16AWG |
| 4 | Insert Packout - PI-MSE |
| 1 | Catalyst 2960S 24 GigE PoE 370W 2 x 10G SFP+ LAN Base |
| 1 | 1 YR SMARTNET 8X5XNBD Cat2960S Stk24 GigE PoE370W2x10G LANB |
| 1 | AC Power cord 16AWG |
| 1 | Insert Packout - PI-MSE |
| 1 | Catalyst 2960S 48 GigE PoE 740W 2 x 10G SFP+ LAN Base |
| 1 | 1 YR SMARTNET 8X5XNBD Cat 2960S Stk48 GigE PoE 740W2x10G LA |
| 1 | AC Power cord 16AWG |
| 1 | Insert Packout - PI-MSE |
| 3 | Catalyst 2960S 48 GigE PoE 740W 4 x SFP LAN Base |
| 3 | 1 YR SMARTNET 8X5XNBD Cat 2960S Stk48 GigE PoE 740W4xSFP Ba |
| 3 | AC Power cord 16AWG |

CITY001223

| | |
|---|---|
| 3 | Insert Packout - PI-MSE |
| 4 | Catalyst 2960S 48 GigE 4 x SFP LAN Base |
| 4 | 1 YR SMARTNET 8X5XNBD Cat 2960S Stk48 GigE4xSFP LAN Base |
| 4 | AC Power cord 16AWG |
| 4 | Insert Packout - PI-MSE |
| 3 | Catalyst 2960S 24 GigE 4 x SFP LAN Base |
| 3 | 1 YR SMARTNET 8X5XNBD Cat 2960S Stk 24 GigE4xSFP LAN Base |
| 3 | AC Power cord 16AWG |
| 3 | Insert Packout - PI-MSE |
| 2 | 10GBASE-CU SFP+ Cable 1 Meter |
| 15 | 1000BASE-T SFP |
| 4 | 10GBASE-LR SFP Module |
| 10 | 1000BASE-LX/LH SFP transceiver module MMF/SMF 1310nm DOM |
| 4 | 1000BASE-SX SFP transceiver module MMF 850nm DOM |
| 8 | Catalyst 2960S Flexstack Stack Module |
| 8 | Cisco FlexStack 50cm stacking cable |
| 1 | ASA 5512-X with SW 6GE Data 1GE Mgmt AC 3DES/AES |
| 1 | 1 YR SMARTNET 24X7X4 ASA 5512-X with SW |
| 1 | ASA 5512-X Sec. Plus Lic. w/ HA Sec Ctxt more VLAN + Conns |
| 1 | ASA 5512-X Botnet Traffic Filter License for 1 Year |
| 1 | ASA 5512-X -- ASA 5555-X Rail Kit |
| 1 | ASA 5500 Series Software Ver. 8.6 for ASA 5512X--5555X DES |
| 1 | AC Power Cord (North America) C13 NEMA 5-15P 2.1m |
| 1 | Cisco VPN Client Software (Windows Solaris Linux Mac) |
| 1 | ASA 5512-X -- 5555-X Hard Drive Blank Slot Cover?? |
| 1 | ASA 5500 Strong Encryption License (3DES/AES) |
| 1 | ASA 5500 AnyConnect Client + Cisco Security Desktop Softwar |
| 1 | ASA 5512-X/5515-X Interface Card Blank Slot Cover |
| 1 | ASA 5512 IPS Part Number with which PCB Serial is associate |
| **RACK AND POWER** | |
| 2 | PWR ASSURANCE F/GXT3-3000RT120 |
| 2 | PWR ASSURANCE F/GXT3-72VBATT |
| 2 | Intellislot Web Card |
| 4 | Liebert GXT3 Rail Kit |
| 2 | Liebert PDU 9 Nema 5-20R 20A, L5-20 Input |
| 2 | MPH Power adapter L5-20R to 5-20P |
| 2 | DCF RACK 42U 600W 1100D W/DOORS CASTERS PDU BRACKETS CUST PA **NOTE:** Installation of rack must include drilling screws into concrete to secure the racks. |
| | |

8

CITY001224

| EMC DD160 SYSTEM 1 | | |
|---|---|---|
| | 1 | EMC System; DD160; NFS; CIFS; Replicator |
| | 1 | EMC System; DD160-12x5; 6T; NFS; CIFS |
| | 2 | Power Cord, DD North America, 120V, 5-15P, C13, 2M |
| | 1 | Docs, License, Boost, S1 |
| | 1 | Documents, Data Domain OS Doc, A1 |
| | 1 | EMC Zero Dollar ESRS Install |
| | 1 | EMC Enhanced Software Support - 36 Months |
| | 1 | EMC Enhanced System Support - 36 Months |
| | 1 | EMC License: Boost; DD610 |
| | 1 | EMC Replicator License; DD160 |
| | | |
| EMC VNXe3150 SYSTEM 1 | | |
| | 1 | EMC VNXe 3150; 2xSP DPE; 8GB; 12x3.5in DS; 6x600GB SAS |
| | 1 | EMC DAE with 12x3.5 Inch Drive Slots |
| | 5 | EMC 600GB 15k SAS Disk Drive |
| | 7 | 3TB 7.2KNL - SAS 3.5" Drive |
| | 2 | 2 C13 Powercords w/ NEMA 5-15 Plugs 125V 10A |
| | 1 | EMC VNXe 3150 Software Features |
| | 1 | EMC VNXe 3150 Base OE v2.0 Dual SP EMC Ecosys |
| | 1 | EMC Zero Dollar ESRS Install |
| | 1 | ENHANCED HARDWARE SUPPORT - WARR UPG - 36 MONTHS |
| | 1 | ENHANCED SOFTWARE SUPPORT - PLATFORM/ELM - 36 MONTHS |
| | | |
| EMC DD160 SYSTEM 2 | | |
| | 1 | EMC System; DD160; NFS; CIFS; Replicator |
| | 1 | EMC System; DD160-12x5; 6T; NFS; CIFS |
| | 2 | Power Cord, DD North America, 120V, 5-15P, C13, 2M |
| | 1 | Docs, License, Boost, S1 |
| | 1 | Documents, Data Domain OS Doc, A1 |
| | 1 | EMC Zero Dollar ESRS Install |
| | 1 | EMC Enhanced Software Support - 36 Months |
| | 1 | EMC Enhanced System Support - 36 Months |
| | 1 | EMC License: Boost; DD610 |
| | 1 | EMC Replicator License; DD160 |
| | | |
| EMC VNXe3150 SYSTEM 2 | | |
| | 1 | EMC VNXe 3150; 2xSP DPE; 8GB; 12x3.5in DS; 6x600GB SAS |

9

CITY001225

| | |
|---|---|
| 1 | EMC DAE with 12x3.5 Inch Drive Slots |
| 5 | EMC 600GB 15k SAS Disk Drive |
| 7 | 3TB 7.2KNL - SAS 3.5" Drive |
| 2 | 2 C13 Powercords w/ NEMA 5-15 Plugs 125V 10A |
| 1 | EMC VNXe 3150 Software Features |
| 1 | EMC VNXe 3150 Base OE v2.0 Dual SP EMC Ecosys |
| 1 | EMC Zero Dollar ESRS Install |
| 1 | ENHANCED HARDWARE SUPPORT - WARR UPG - 36 MONTHS |
| 1 | ENHANCED SOFTWARE SUPPORT - PLATFORM/ELM - 36 MONTHS |
| | |
| **VMWARE** | *No substitutions will be accepted regarding this section |
| 1 | vSphere 5 Essentials Plus Kit For 3 Hosts |
| | VMware vSphere 5 Essentials Plus Kit for 3 hosts (Max 2 processors per host) SnS is required. VMware vSphere Essentials Plus includes vCenter Server Essentials and ESXi for 3 hosts, plus the following features: vCenter agents, 8-way vSMP, Update Manager, Data Protection and High Availability. vSphere Essentials Plus is limited for use on up to 3 hosts and on servers with up to two processors only. The server hosts must be managed by the vCenter Server Essentials edition that is provided with this bundle, and that same vCenter Server Essentials edition cannot be used to manage other server hosts not included with this edition. |
| 1 | Production Support/Subscription vSphere 5 Essentials+ Kit |
| | Production Support/Subscription VMware vSphere 5 Essentials Plus Kit for 1 year Technical Support, 24 Hour Sev 1 Support -- 7 days a week. |
| | |
| **VEEAM** | |
| 4 | Veeam Backup & Replication Enterprise for VMware |
| | |
| **CABLES** | |
| 26 | 10 foot CAT6 blue cables |
| | |
| **CISCO UNIFIED COMPUTING SYSTEM** | |
| 6 | 300GB 6Gb SAS 10K RPM SFF HDD/hot plug/drive sled mounted |
| 3 | Broadcom 5709 Quad Port 10/100/1Gb NIC w/TOE iSCSI for M3 Se |
| 3 | UCS C220 M3 SFF 2xE5-2660v2 2x16GB 9271CV 2x650W SD RAILS |
| 3 | 3 YR UCS C220 M3 SFF 2xE5-2660B2x16GB9271CVRAIDSMARTNET 24X7 |
| 6 | Power Cord 125VAC 13A NEMA 5-15 Plug North America |
| 6 | 650W power supply for C-series rack servers |
| 3 | MegaRAID 9271CV with 8 internal SAS/SATA ports with Supercap |
| 3 | 16GB SD Card Module for C220 servers |
| 24 | UCS 2.5 inch HDD blanking panel |

CITY001226

| 6 | Heat Sink for UCS C220 M3 Rack Server |
|---|---|
| 3 | Full height PCIe filler for C-Series |
| 3 | Rail Kit for C220 C22 C24 rack servers |
| 6 | 2.20 GHz E5-2660 v2/95W 10C/25MB Cache/DDR3 1866MHz |
| 6 | 16GB DDR3-1866-MHz RDIMM/PC3-14900/dual rank/x4/1.5v |
| **Microsoft Licensing** | |
| 1 | Microsoft Exchange Server Standard 2013 English Local Gov Open |
| 3 | Microsoft Windows Server Datacenter 2012R2, 1 Lic, 2 Proc Local Gov Open |
| 125 | MS Windows Server CAL 2012 R2 Government User CAL Open |
| 125 | Microsoft Exchange Standard CAL 2013 English Local Gov |

## DOCUMENTATION AND DELIVERABLES

Upon project completion, Vendor will provide the City of Gardner:

- Inventory of equipment listed in the Bill of Materials
- Visio diagrams of infrastructure
- IP Addresses and DNS Names

Qualified respondent will buy-back existing network equipment?           Y / N

Qualified respondent's upfront bid: _____

Qualified respondent's 3 year financing bid: _____

The respondent shall provide a detail of project costs in the "Budget Volume" section of the submission to the City. Any exceptions to this proposal must be noted and described separately.

## SELECTION CRITERIA

Applicants will be minimally judged based on the following criteria:

- Qualifications of the Vendor
- Past experience on similar projects
- Viability of the proposal
- Total cost

CITY001227

## PROPOSAL SUBMITTAL REQUIREMENTS

Please prepare your proposal to include the following:

1. **Cover Letter**

2. **Technical Volume** – to include:

    Proposal narrative, including your understanding of the Scope of Work, for the following:

    a) Data Center Installation

    b) Cisco Networking Installation

3. **Budget Volume** – to include:

    a) Bill of Materials: inventory of equipment, plus shipping and handling costs

    a) Network Equipment Buy-Back: inventory of equipment, plus reimbursement estimates

    b) Maintenance and Support: identify any costs that should be assumed as part of the project and ongoing costs for maintenance and support in the future

    c) Training and Style Guide: identify costs for any necessary training for staff

    d) Other: Please identify whether there will be other expenses, consulting fees, future work, etc. to complete this project.

4. **Management Volume** – to include:

    a) Organizational Structure: communication process, including lines of reporting and any special tools used

    b) Schedule of Deliverables: include major milestones, testing and training

5. **Attachments** – to include:

    a) Qualifications and experience, including any relevant case histories or projects

    b) Biographies of all who will work on account

    c) Professional references

## PROPOSAL SUBMISSIONS

The City of Gardner will host a mandatory pre-bid conference on Thursday, December 4, 2014 at 2:00 PM at Gardner City Hall. This is to afford you the opportunity to learn the City's expectations and to give you the opportunity to ask any questions and/or to receive any clarifications that you may need. Please contact Katie Asbury in Administrative Services at kasbury@gardnerkansas.gov or (913) 856-0975 to register your attendance.

Proposal submissions should include four (4) originals addressed to:

Mary Bush, Administrative Services
City of Gardner
120 E. Main St.
Gardner, KS 66030

12

**Deadline for submission of qualifications is Friday, December 12, 2014 at 5:00 p.m.**

If you have questions or require additional information, please contact Mary Bush, Administrative Services Manager, at mbush@gardnerkansas.gov or 913-856-0975.

Thank you for your interest in the City of Gardner.

CITY001229



GARDNER
KANSAS

## REQUEST FOR PROPOSAL

### Request for Proposal – Information Technology Infrastructure

The City of Gardner (City) is seeking proposals from a firm (Vendor) to redevelop the City's current Information Technology (IT) Infrastructure and provide assistance in the deployment of a new virtual environment.

## MINIMUM REQUIREMENTS

Qualified respondent must have:

- Engineers on staff, which are certified by the manufacturer to install the proposed hardware / software components as part of this project. Certification requirements for this RFP include:
  - o CCIE (Cisco Certified Internetwork Expert) Routing and Switching
  - o Microsoft Certified Master: Exchange Server 2010 or higher
  - o Qualified respondent must have their VCP5-DCV (VMware Certified Professional Datacenter Virtualization Version 5) certification
- Local engineering support (within the Kansas City Metro Area) to provide ongoing support and maintenance on ALL hardware / software contained in this RFP in the event this support is ever required in the future.
- Experience in deployments similar in scope with the exact hardware / software solutions contained in this RFP.

Proposed install services must include project management services to work with the City assigned primary project contact for weekly onsite meetings, issue escalation, and to serve as a central point of communication with vendor.

## OTHER REQUIREMENTS

- Qualified respondent must bid on the entire solution including all hardware, software, shipping and handling costs, and services. Partial bids will not be accepted.
- Qualified respondents must also bid an upfront payment option and a 3 year financing option preferably at 0%.

## PROJECT SUMMARY

The City of Gardner has an aging infrastructure with many components at an end of life state or out of support. The City of Gardner wants to accomplish the following upgrades and installations.

Upgrade the existing core switching to support 10G Ethernet connections. The links to the remote switching locations will utilize 10G optimized fiber optic infrastructure to increase bandwidth and productivity. 10G capable Ethernet switches are to be deployed in each of the designated locations to support the 10G upgrade.

The City of Gardner has requested vendor assistance in the deployment of a new virtual environment. This solution will include the deployment of 3x Cisco c220 servers, 2x EMC VNXe 3150 storage arrays, 2x EMC DataDomain DD160, VMware vSphere 5.5, and Veeam Backup and Replication Enterprise. The deployment of this project will take place at 2 separate locations.

### Microsoft Services

The City of Gardner is currently on a physical Exchange 2003 server and two physical Windows server 2003 Domain Controllers with 1 virtual Windows server 2003 Domain Controller.

The City of Gardner would like to migrate from Exchange 2003 to Exchange 2010. The City of Gardner has 203 mailboxes and they use Symantec for spam protection.

The City of Gardner would also like to upgrade from their current Windows server 2003 domain to a full Windows 2008 R2 domain with 1 physical domain controller and 2 domain controllers virtualized.

### Production Site (120 E. Main St. - Gardner, KS 66030)

Installation will include 2x Cisco c220, 1x EMC VNXe, and 1x EMC DD160 Appliance and 1x Liebert rack at this location. VMware vSphere 5.5 will be installed on both servers. Veeam will be used to backup the virtual environment utilizing the DD160 as a disk target. Once the secondary site is online, Veeam will be configured to replicate backup data between both sites.

Chosen qualified vendor will rack and cable the new hardware.

An EMC VNXe will be installed to provide centralized storage for the virtual environment. Chosen qualified vendor will create storage pools and VMware datastores based on the City's requirements and VMware best practices. The VNXe will connect to the VMware servers over iSCSI.

VMware vSphere 5.5 will be installed based on VMware best practices. Chosen qualified vendor will configure vSphere to utilized vMotion and High Availability (HA). To manage the VMware environment, vCenter will be installed and configured.

Veeam Backup and Recovery Enterprise software will be installed to backup the virtual environment. This deployment will require the use of a physical or virtual 64-bit Windows server to host the software. Chosen qualified vendor will install and configure the software to utilize the DD160 as a backup target. Veeam will also be utilized to replicate data between arrays.

### Secondary Site

The secondary site will receive a single Cisco c220, VNXe 3150 SAN, 1x EMC DD160 and 1x Liebert rack. VMware will be installed on the Cisco server. The VMware host at this location will be managed by the vCenter server at the main location.

2

CITY001263

***Networking Gear Buy-Back***

The City of Gardner will be replacing outdated network equipment that it no longer has use for. If the bidder would like to reduce the cost of their bid by including a buy-back for this network equipment, that is an option. The networking equipment is as follows:

2 Count – 48 Port HP Procurve 2610
2 Count – 24 Port Porcurve 2610
1 Count – 48 Port HP Procurve 2810
2 Count – 48 Port Dell 3448
1 Count – 48 Port Dell 3348
4 Count – 16 Port Intelinet Switch
1 Count – 24 Port Asente POE Switch


## SCOPE OF SERVICES – Data Center Installation

### Production Site

#### *Rack Installation*
- Install Liebert rack and drill screws into concrete to secure the rack.
- Install UPS and PDUs.


#### *2x Cisco c220 Server Installation*
- Install hardware into City's provided rack.
- Cable server to existing network infrastructure.
- Ensure hardware is functioning correctly.


#### *EMC VNXe 3150 Storage Array Configuration Tasks*
- Install VNXe 3150 into City's supplied standard 4 post data center rack.
- Power on and perform hardware verification.
- Perform initial installation process.
- Configure iSCSI connectivity to a dedicated iSCSI VLAN. This will require a minimum of 2 Ethernet connections to the City of Gardner network.
- Provision RAID Groups.
- Create LUNs based on City's requirements.
- Complete "As Built" documentation with the current configuration of the solution at time of installation.
- Provide a minimum Functional Overview of all related hardware, software, and documentation used in any project.

3

CITY001264

### Veeam Implementation

- Install latest Veeam Backup & Replication Enterprise release on City of Gardner provided server.
- Obtain and install permanent licensing for Veeam.
- Configure retention policies, clients, schedules and groups with the City's assistance based on the City's requirements.
- Install, configure and activate up to 10 Veeam client agents.
- Configure EMC DataDomain appliance as the backup target for Veeam.
- Configure scheduled backups for up to 10 clients.
- Integrate Veeam with VMware vSphere.
- Configure scheduled backups for up to 5 VM Image backups.
- Demonstrate restore capabilities of the system. This is limited to 10GB of Filesystem data, 40GB of VMware Image and 10GB of database data. All restores should be done with test data to ensure no production data is inadvertently over-written as part of the testing phase.
- Configure Veeam to replicate data between EMC VNXe arrays
- Configure scheduled replication for up to 2 VM datastores.
- Complete "As Built" documentation with the current configuration of the solution at time of installation.

## Secondary Site

### Rack Installation
- Install Liebert rack and drill screws into concrete to secure the rack.
- Install UPS and PDU.

### 1x Cisco c220 Server Installation
- Install hardware into City provided rack.
- Cable server to existing network infrastructure.
- Ensure hardware is functioning correctly.

### EMC VNXe 3150 Implementation
- Install VNXe 3150 into City supplied standard 4 post data center rack.
- Power on and perform hardware verification.
- Perform initial installation process.
- Configure iSCSI connectivity to a dedicated iSCSI VLAN. This will require a minimum of 2 Ethernet connections to the City of Gardner's network.
- Provision RAID Groups.

4

- Create LUNs based on customer requirements.
- Validate replication is properly scheduled and functioning.
- Complete "As Built" documentation with the current configuration of the solution at time of installation.

### VMware vSphere 5.5 Implementation

- Install VMware ESXi 5.5 (1) Host at secondary site.
- Connect to vCenter 5.5 at primary site.
- Add ESXi server to the vCenter inventory.
- Configure networking on all ESXi servers to meet City's requirements.
- Configure VMFS data stores to meet City's requirements.
- Configure cluster in VMware to support the licensed features (HA, DRS).
- Configure resource pools if desired by the City.
- Configure alarms within vCenter if desired by the City.
- Working with the City of Gardner to install a Windows 2012 template VM.
- Complete "As Built" documentation with the current configuration of the solution at time of installation.

### EMC DataDomain Implementation

- Validate all components are onsite.
- Install all DataDomain hardware into City supplied standard 4 post rack.
- Initialize DataDomain and verify network connectivity
- Upgrade DataDomain with the latest available software version.
- Create CIFS shares, NFS exports, or DDBoost devices based on licensed features and City of Gardner requirements.
- Work with City to integrate the DataDomain device with their backup solution.
- Configuration replication to the secondary DataDomain device.
- Complete "As Built" documentation with the current configuration of the solution at time of installation.

## SCOPE OF SERVICES – Networking Installation

### Cisco Networking Installation

Qualified vendor will install the following network solution:

- Unbox and rack the core Cisco Catalyst 4500X switch.
- Unbox and rack the remote Cisco Catalyst 2960S switches.

5

CITY001266

- Configure Cisco Catalyst 4500X with City provided VLANS.
- Configure Cisco Catalyst 4500X with City provided IP addresses.
- Configure dot1q trunks to each of the remote Cisco Catalyst 2960 switches.
- Configure authentication information on every switch.
- Configure FlexStack for 7 switches with the provided FlexStack cables and modules.
- Configure the switchports with the associated VLANS.
- Configure the ASA 5512 to replace the existing firewall.
- Configure inside and outside interfaces on the firewall.
- Configure network address translation as needed.
- Configure access control lists as needed.

### Exchange 2010 Implementation

Qualified vendor will complete the following tasks for the Exchange 2010 implementation and testing:

- Install Servers Windows 2008 R2 with current security patches.
- Provision Storage for Exchange Databases per recommendations.
- Perform Storage Subsystem Stress Testing.
- Prepare Active Directory, Schema , Forest, Domain.
- Install Microsoft Exchange 2010 Client Access Role.
- Configure Client Access Role and set-up Co-Existence.
- Test Web services (OWA/OA) Co-Existence.
- Install Microsoft Exchange 2010 Hub Transport Role.
- Configure Mail Flow and Connectors to utilize Exchange 2010.
- Test Internal/External SMTP Traffic.
- Install Exchange 2010 Mailbox Role.
- Create and Configure Mailbox Databases.
- Create Public Folder Databases and begin Public Folder Replication.
- Add Database Copies and define Activation preferences.
- Create Test User Mailboxes on Legacy Mail System.
- Test Migration Process with up to 5 Test user accounts.
- Configure Backup System to backup Exchange 2010 Mailbox and Public Folder Databases.
- Validate Migration Process (Qualified vendor will migrate up to 5 test mailboxes, City of Gardner is responsible for the rest of the mailbox migration).
- Check to ensure all Exchange Public Folders have been moved.

6

CITY001267

- Remove legacy Exchange server following Microsoft Best Practices.

**Active Directory Upgrade**

Qualified vendor will complete the following design tasks for Active Directory:

- Install Windows 2008 R2 base server OS with latest patches on VMs.
- Perform Active Directory Discovery.
- Prepare AD for 2008 R2 Domain Controllers.
- Promote two Domain Controllers.
- Migrate DNS.
- Migrate DHCP.
- Decommission Windows 2003 Domain Controllers.

## HARDWARE AND SOFTWARE

The City of Gardner has chosen the following hardware and software quantities for the solution. Shipping and handling costs **must be included** in your bid:

| QUANTITY | DESCRIPTION |
|---|---|
| **Network Route and Switch** | |
| 2 | Catalyst 4500-X 24 Port 10G Ent. Services Frt-to-Bk No P/S |
| 2 | 1 YR SMARTNET 8X5XNBD Catalyst 4500-X 24 Port 10G Ent. Serv |
| 2 | Catalyst 4500X 750W AC front to back cooling power supply |
| 2 | Catalyst 4500X 750W AC front to back cooling 2nd PWR supply |
| 4 | NEMA 5-15 to IEC-C15 8ft US |
| 2 | CAT4500-X  Universal Image |
| 2 | IP Base to Ent. Services license for 16 Port Catalyst 4500- |
| 2 | Catalyst 4500X 8 Port 10G Network Module |
| 18 | 1000BASE-T SFP |
| 6 | 10GBASE-CU SFP+ Cable 1 Meter |
| 4 | Catalyst 2960S 24 GigE PoE 370W 4 x SFP LAN Base |
| 4 | 1 YR SMARTNET 8X5XNBD Catalyst 2960S Stack |
| 4 | AC Power cord 16AWG |
| 4 | Insert Packout - PI-MSE |
| 1 | Catalyst 2960S 24 GigE PoE 370W 2 x 10G SFP+ LAN Base |
| 1 | 1 YR SMARTNET 8X5XNBD Cat2960S Stk24 GigE PoE370W2x10G LANB |
| 1 | AC Power cord 16AWG |
| 1 | Insert Packout - PI-MSE |
| 1 | Catalyst 2960S 48 GigE PoE 740W 2 x 10G SFP+ LAN Base |

7

| | |
|---|---|
| 1 | 1 YR SMARTNET 8X5XNBD Cat 2960S Stk48 GigE PoE 740W2x10G LA |
| 1 | AC Power cord 16AWG |
| 1 | Insert Packout - PI-MSE |
| 3 | Catalyst 2960S 48 GigE PoE 740W 4 x SFP LAN Base |
| 3 | 1 YR SMARTNET 8X5XNBD Cat 2960S Stk48 GigE PoE 740W4xSFP Ba |
| 3 | AC Power cord 16AWG |
| 3 | Insert Packout - PI-MSE |
| 4 | Catalyst 2960S 48 GigE 4 x SFP LAN Base |
| 4 | 1 YR SMARTNET 8X5XNBD Cat 2960S Stk48 GigE4xSFP LAN Base |
| 4 | AC Power cord 16AWG |
| 4 | Insert Packout - PI-MSE |
| 3 | Catalyst 2960S 24 GigE 4 x SFP LAN Base |
| 3 | 1 YR SMARTNET 8X5XNBD Cat 2960S Stk 24 GigE4xSFP LAN Base |
| 3 | AC Power cord 16AWG |
| 3 | Insert Packout - PI-MSE |
| 2 | 10GBASE-CU SFP+ Cable 1 Meter |
| 15 | 1000BASE-T SFP |
| 4 | 10GBASE-LR SFP Module |
| 10 | 1000BASE-LX/LH SFP transceiver module MMF/SMF 1310nm DOM |
| 4 | 1000BASE-SX SFP transceiver module MMF 850nm DOM |
| 8 | Catalyst 2960S Flexstack Stack Module |
| 8 | Cisco FlexStack 50cm stacking cable |
| 1 | ASA 5512-X with SW 6GE Data 1GE Mgmt AC 3DES/AES |
| 1 | 1 YR SMARTNET 24X7X4 ASA 5512-X with SW |
| 1 | ASA 5512-X Sec. Plus Lic. w/ HA Sec Ctxt more VLAN + Conns |
| 1 | ASA 5512-X Botnet Traffic Filter License for 1 Year |
| 1 | ASA 5512-X -- ASA 5555-X Rail Kit |
| 1 | ASA 5500 Series Software Ver. 8.6 for ASA 5512X--5555X DES |
| 1 | AC Power Cord (North America) C13 NEMA 5-15P 2.1m |
| 1 | Cisco VPN Client Software (Windows Solaris Linux Mac) |
| 1 | ASA 5512-X -- 5555-X Hard Drive Blank Slot Cover?? |
| 1 | ASA 5500 Strong Encryption License (3DES/AES) |
| 1 | ASA 5500 AnyConnect Client + Cisco Security Desktop Softwar |
| 1 | ASA 5512-X/5515-X Interface Card Blank Slot Cover |
| 1 | ASA 5512 IPS Part Number with which PCB Serial is associate |
| | |
| RACK AND POWER | |
| 2 | PWR ASSURANCE F/GXT3-3000RT120 |
| 2 | PWR ASSURANCE F/GXT3-72VBATT |
| 2 | Intellislot Web Card |
| 4 | Liebert GXT3 Rail Kit |

8

CITY001269

| | |
|---|---|
| 2 | Liebert PDU 9 Nema 5-20R 20A, L5-20 Input |
| 2 | MPH Power adapter L5-20R to 5-20P |
| 2 | DCF RACK 42U 600W 1100D W/DOORS CASTERS PDU BRACKETS CUST PA **NOTE**: Installation of rack must include drilling screws into concrete to secure the racks. |
| | |
| **EMC DD160 SYSTEM 1** | |
| 1 | EMC System; DD160; NFS; CIFS; Replicator |
| 1 | EMC System; DD160-12x5; 6T; NFS; CIFS |
| 2 | Power Cord, DD North America, 120V, 5-15P, C13, 2M |
| 1 | Docs, License, Boost, S1 |
| 1 | Documents, Data Domain OS Doc, A1 |
| 1 | EMC Zero Dollar ESRS Install |
| 1 | EMC Enhanced Software Support - 36 Months |
| 1 | EMC Enhanced System Support - 36 Months |
| 1 | EMC License: Boost; DD610 |
| 1 | EMC Replicator License; DD160 |
| | |
| **EMC VNXe3150 SYSTEM 1** | |
| 1 | EMC VNXe 3150; 2xSP DPE; 8GB; 12x3.5in DS; 6x600GB SAS |
| 1 | EMC DAE with 12x3.5 Inch Drive Slots |
| 5 | EMC 600GB 15k SAS Disk Drive |
| 7 | 3TB 7.2KNL - SAS 3.5" Drive |
| 2 | 2 C13 Powercords w/ NEMA 5-15 Plugs 125V 10A |
| 1 | EMC VNXe 3150 Software Features |
| 1 | EMC VNXe 3150 Base OE v2.0 Dual SP EMC Ecosys |
| 1 | EMC Zero Dollar ESRS Install |
| 1 | ENHANCED HARDWARE SUPPORT - WARR UPG - 36 MONTHS |
| 1 | ENHANCED SOFTWARE SUPPORT - PLATFORM/ELM - 36 MONTHS |
| | |
| **EMC DD160 SYSTEM 2** | |
| 1 | EMC System; DD160; NFS; CIFS; Replicator |
| 1 | EMC System; DD160-12x5; 6T; NFS; CIFS |
| 2 | Power Cord, DD North America, 120V, 5-15P, C13, 2M |
| 1 | Docs, License, Boost, S1 |
| 1 | Documents, Data Domain OS Doc, A1 |
| 1 | EMC Zero Dollar ESRS Install |
| 1 | EMC Enhanced Software Support - 36 Months |
| 1 | EMC Enhanced System Support - 36 Months |
| 1 | EMC License: Boost; DD610 |

9

CITY001270

| | |
|---|---|
| 1 | EMC Replicator License; DD160 |

| **EMC VNXe3150 SYSTEM 2** | |
|---|---|
| 1 | EMC VNXe 3150; 2xSP DPE; 8GB; 12x3.5in DS; 6x600GB SAS |
| 1 | EMC DAE with 12x3.5 Inch Drive Slots |
| 5 | EMC 600GB 15k SAS Disk Drive |
| 7 | 3TB 7.2KNL - SAS 3.5" Drive |
| 2 | 2 C13 Powercords w/ NEMA 5-15 Plugs 125V 10A |
| 1 | EMC VNXe 3150 Software Features |
| 1 | EMC VNXe 3150 Base OE v2.0 Dual SP EMC Ecosys |
| 1 | EMC Zero Dollar ESRS Install |
| 1 | ENHANCED HARDWARE SUPPORT - WARR UPG - 36 MONTHS |
| 1 | ENHANCED SOFTWARE SUPPORT - PLATFORM/ELM - 36 MONTHS |

| **VMWARE** | |
|---|---|
| 1 | vSphere 5 Essentials Plus Kit For 3 Hosts |
| | VMware vSphere 5 Essentials Plus Kit for 3 hosts (Max 2 processors per host) SnS is required. VMware vSphere Essentials Plus includes vCenter Server Essentials and ESXi for 3 hosts, plus the following features: vCenter agents, 8-way vSMP, Update Manager, Data Protection and High Availability. vSphere Essentials Plus is limited for use on up to 3 hosts and on servers with up to two processors only. The server hosts must be managed by the vCenter Server Essentials edition that is provided with this bundle, and that same vCenter Server Essentials edition cannot be used to manage other server hosts not included with this edition. |
| 1 | Production Support/Subscription vSphere 5 Essentials+ Kit |
| | Production Support/Subscription VMware vSphere 5 Essentials Plus Kit for 1 year Technical Support, 24 Hour Sev 1 Support -- 7 days a week. |

| **VEEAM** | |
|---|---|
| 4 | Veeam Backup & Replication Enterprise for VMware |

| **CABLES** | |
|---|---|
| 26 | 10 foot CAT6 blue cables |

| **CISCO UNIFIED COMPUTING SYSTEM** | |
|---|---|
| 6 | 300GB 6Gb SAS 10K RPM SFF HDD/hot plug/drive sled mounted |
| 3 | Broadcom 5709 Quad Port 10/100/1Gb NIC w/TOE iSCSI for M3 Se |
| 3 | UCS C220 M3 SFF 2xE5-2660v2 2x16GB 9271CV 2x650W SD RAILS |
| 3 | 3 YR UCS C220 M3 SFF 2xE5-2660B2x16GB9271CVRAIDSMARTNET 24X7 |

10

| | |
|---|---|
| 6 | Power Cord 125VAC 13A NEMA 5-15 Plug North America |
| 6 | 650W power supply for C-series rack servers |
| 3 | MegaRAID 9271CV with 8 internal SAS/SATA ports with Supercap |
| 3 | 16GB SD Card Module for C220 servers |
| 24 | UCS 2.5 inch HDD blanking panel |
| 6 | Heat Sink for UCS C220 M3 Rack Server |
| 3 | Full height PCIe filler for C-Series |
| 3 | Rail Kit for C220 C22 C24 rack servers |
| 6 | 2.20 GHz E5-2660 v2/95W 10C/25MB Cache/DDR3 1866MHz |
| 6 | 16GB DDR3-1866-MHz RDIMM/PC3-14900/dual rank/x4/1.5v |
| | |
| **Microsoft Licensing** | |
| 1 | Microsoft Exchange Server Standard 2013 English Local Gov Open |
| 3 | Microsoft Windows Server Datacenter 2012R2, 1 Llc, 2 Proc Local Gov Open |
| 125 | MS Windows Server CAL 2012 R2 Government User CAL Open |
| 125 | Microsoft Exchange Standard CAL 2013 English Local Gov |

## DOCUMENTATION AND DELIVERABLES

Upon project completion, Vendor will provide the City of Gardner:

- Inventory of equipment listed in the Bill of Materials
- Visio diagrams of infrastructure
- IP Addresses and DNS Names

Qualified respondent will buy-back existing network equipment?          Y / N

Qualified respondent's upfront bid: _____

Qualified respondent's 3 year financing bid: _____

The respondent shall provide a detail of project costs in the "Budget Volume" section of the submission to the City. Any exceptions to this proposal must be noted and described separately.

## SELECTION CRITERIA

Applicants will be minimally judged based on the following criteria:

- Qualifications of the Vendor
- Past experience on similar projects
- Viability of the proposal
- Total cost

11

CITY001272

## PROPOSAL SUBMITTAL REQUIREMENTS

Please prepare your proposal to include the following:

1. **Cover Letter**

2. **Technical Volume** – to include:

   Proposal narrative, including your understanding of the Scope of Work, for the following:

   a) Data Center Installation

   b) Cisco Networking Installation

3. **Budget Volume** – to include:

   a) Bill of Materials: inventory of equipment, plus shipping and handling costs

   a) Network Equipment Buy-Back: inventory of equipment, plus reimbursement estimates

   b) Maintenance and Support: identify any costs that should be assumed as part of the project and ongoing costs for maintenance and support in the future

   c) Training and Style Guide: identify costs for any necessary training for staff

   d) Other: Please identify whether there will be other expenses, consulting fees, future work, etc. to complete this project.

4. **Management Volume** – to include:

   a) Organizational Structure: communication process, including lines of reporting and any special tools used

   b) Schedule of Deliverables: include major milestones, testing and training

6. **Attachments** – to include:

   a) Qualifications and experience, including any relevant case histories or projects

   b) Biographies of all who will work on account

   c) Professional references

## PROPOSAL SUBMISSIONS

Proposal submissions should include four (4) originals addressed to:

Mary Bush, Administrative Services
City of Gardner
120 E. Main St.
Gardner, KS 66030

**Deadline for submission of qualifications is Friday, May 30, 2014 at 5:00 p.m.**

If you have questions or require additional information, please contact Mary Bush, Administrative Services Manager, at mbush@gardnerkansas.gov or 913-856-0975.

Thank you for your interest in the City of Gardner.

12

CITY001273