# January 18, 2015 – January 24, 2015

January 2015
Su Mo Tu We Th Fr Sa
             1  2  3
 4  5  6  7  8  9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31

February 2015
Su Mo Tu We Th Fr Sa
 1  2  3  4  5  6  7
 8  9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28

| Time | 18 Sun | 19 Mon | 20 Tue | 21 Wed | 22 Thu | 23 Fri | 24 Sat |
|---|---|---|---|---|---|---|---|
| 7 am | | | | | | | |
| 8:00 | | HOLIDAY - City Hall Closed | | | | Chief interviews three locations Mary Bush | |
| 9:00 | | | | | | | |
| 10:00 | | | CONFIRMED - Planner I Interview Admin Conf Room Lisa Wilms | Canceled: Review Mary's Office Katie J. Asbury | | | |
| 11:00 | | | | | | | |
| 12 pm | | | | | | | |
| 1:00 | | | | | Review ADA Pro Mary's Office Jeanne Koontz | | |
| 2:00 | | | | | | | |
| 3:00 | | | | | | | |
| 4:00 | | | | | | | |
| 5:00 | | | | | | | |
| 6:00 | | | | | | | |

Mary Bush                                                         1/22/2015 5:38 PM



MBB-0000159

Summary Judgment Exhibit 29

EXHIBIT 49
WIT: M.B.BUSH
DATE: 5-11-17
BRENT CHRISTOPHER, CSR

# January 11, 2015 - January 17, 2015

| January 2015 | February 2015 |
|---|---|
| Su Mo Tu We Th Fr Sa | Su Mo Tu We Th Fr Sa |
|                1  2  3 |  1  2  3  4  5  6  7 |
|  4  5  6  7  8  9 10 |  8  9 10 11 12 13 14 |
| 11 12 13 14 15 16 17 | 15 16 17 18 19 20 21 |
| 18 19 20 21 22 23 24 | 22 23 24 25 26 27 28 |
| 25 26 27 28 29 30 31 | |

| Time | 11 Sun | 12 Mon | 13 Tue | 14 Wed | 15 Thu | 16 Fri | 17 Sat |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | Lisa - OOO |  |
| 7 am |  |  |  |  |  |  |  |
| 8:00 |  |  |  |  | call Jim Mercer | offf - Erika Surgery |  |
| 9:00 |  | Confirm - Commu Mgr intervie Admin ( Mary Bu | Evaluation Training Council Chambers Mary Bush |  | CONFIF - HR Supervi Intervie Admin Conf Room Mary Bush |  |  |
| 10:00 |  | Confirm Admin ( Mary Bu |  | Confirmed - Communications Mgr/PIO Interview Admin Conf Room & Council Lisa Wilms |  | KMU Trainin Council Chambe Shanno Temple |  |
| 11:00 |  | Transition Meeti Admin Conferenc Cheryl Harrison-L |  |  |  |  |  |
| 12 pm |  | La Caretta - | KERIT Board Meeting Shawnee Civic Center Shannon Templeton |  |  |  |  |
| 1:00 |  | prep for trair | Perf CHL Matt | Rev |  | Gardne - Review IT RFP Propos Gardne City Hall - Adminis Confere Room Mary Bush | Discuss Meet v Review Staffin for Upcom Events Mary Bush | CONFIRMED - In Admin Conf Roon Lisa Wilms |  |
| 2:00 |  |  |  |  |  | Jim Mercer Conf |  |
| 3:00 |  | leave for doctors appointme | Discuss FMLA lea |  |  | CONFIRMED - E) Admin Conf Roon Lisa Wilms |  |
| 4:00 |  |  |  |  | Meet w | per your request |  |
| 5:00 |  |  |  |  |  |  |  |
| 6:00 |  |  |  |  |  |  |  |

MBB-0000160

# January 04, 2015 - January 10, 2015

**January 2015**
| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
|    |    |    |    | 1  | 2  | 3  |
| 4  | 5  | 6  | 7  | 8  | 9  | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

**February 2015**
| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
| 1  | 2  | 3  | 4  | 5  | 6  | 7  |
| 8  | 9  | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |

| Time | 4 Sun | 5 Mon | 6 Tue | 7 Wed | 8 Thu | 9 Fri | 10 Sat |
|------|-------|-------|-------|-------|-------|-------|--------|
| all-day |   |   |   |   | Jeanne's Birth |   |   |
| 7 am |   |   |   |   |   |   |   |
| 8:00 |   |   |   |   |   |   |   |
| 9:00 |   | GIS Analyst - 2nd Interview Parks & Rec Conference Room Lisa Wilms | New Hire Orienta Admin ( Lisa Wil / Discuss | coffee - Jim Nus / Affion Kick-Off Meeting Admin Conf Room Cheryl Harrison-Lee |   | Birthday Break |   |
| 10:00 |   |   | Council Meeting Debrief/Agenda Review Meeting Council Chambers Cheryl Harrison |   |   |   |   |
| 11:00 |   |   |   |   | IPMA Meeting North Kansas City MO Community Center Lisa Wilms | Customer Service Rep Admin Conf Room Mary Bush |   |
| 12 pm |   |   |   |   |   |   |   |
| 1:00 |   |   | Cust Service my office Mary Bush | update division accomplishment - Matt Wolff |   |   |   |
| 2:00 |   | Katie and Mary review projects admin serv office Mary Bush | SOV update stat |   | Accomplishment Matt | Web-site admin serv office Mary Bush / Review HR Super |   |
| 3:00 |   |   |   |   | HOLD - Review with Jim Nuse |   |   |
| 4:00 |   |   | meet per your re |   |   |   |   |
| 5:00 |   |   |   |   |   |   |   |
| 6:00 |   |   |   |   |   |   |   |
|      |   | 7:00pm - 9:30pm |   |   |   |   |   |

Mary Bush     1     1/22/2015 5:38 PM

MBB-0000161

# December 28, 2014 - January 03, 2015

December 2014
| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
|    | 1  | 2  | 3  | 4  | 5  | 6  |
| 7  | 8  | 9  | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 |    |    |    |

January 2015
| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
|    |    |    |    | 1  | 2  | 3  |
| 4  | 5  | 6  | 7  | 8  | 9  | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

| Time | 28 Sun | 29 Mon | 30 Tue | 31 Wed | 1 Thu | 2 Fri | 3 Sat |
|------|--------|--------|--------|--------|-------|-------|-------|
|      |        |        |        | Shannon - OC |  | Katie - OOO |  |
| 7 am |  |  |  |  |  |  |  |
| 8:00 |  |  |  |  | City Administr. / HOLIDAY - CITY HALL CLOSED |  |  |
| 9:00 |  |  | Sgt Promortiona my office Mary Bush | Discuss Commur CHL Office Cheryl Harrison-L |  | Discuss Dave Gre |  |
| 10:00 |  | Review Agenda I | Review Recruitment Mary Bush |  |  |  |  |
| 11:00 |  |  | Lunch - Blood Work |  |  |  |  |
| 12 pm |  |  |  | blood work |  |  |  |
| 1:00 |  | Gardne You Laura's office Laura Gourley | Budget |  | Mercer -conf call admin service offi |  |  |
| 2:00 |  |  | Gracie - vet appt Oakbrook |  |  |  |  |
| 3:00 |  |  |  |  |  |  |  |
| 4:00 |  |  |  |  |  |  |  |
| 5:00 |  |  |  |  |  |  |  |
| 6:00 |  |  |  |  |  |  |  |

# December 21, 2014 - December 27, 2014

**December 2014**
| Su | Mo | Tu | We | Th | Fr | Sa |
|---|---|---|---|---|---|---|
|  | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 |  |  |  |

**January 2015**
| Su | Mo | Tu | We | Th | Fr | Sa |
|---|---|---|---|---|---|---|
|  |  |  |  | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

| | 21 Sunday | 22 Monday | 23 Tuesday | 24 Wednesday | 25 Thursday | 26 Friday | 27 Saturday |
|---|---|---|---|---|---|---|---|
| | | Laura - OOO (spans Mon-Thu) | | | | Jeanne Vacation; Katie - Vacation; Lisa - Vacation; Shannon - Vacation | |
| 7 am | | Send management talking points | | | | | |
| 8 am | | call EAP - Todd Bauer | off | CLOSED - Christmas | CLOSED - Christmas | | |
| 9 am | | | | | | | |
| 10 am | | Communication Mgr/PIO Interviews — Admin Conf Room & Council Chambers — Cheryl Harrison Lee | | | | | |
| 11 am | | | | | | | |
| 12 pm | | | | | | | |
| 1 pm | | Review Shannon Projects — Admin Services Office — Mary Bush | | | | | |
| 2 pm | | desk work | | | | | |
| 3 pm | | | | | | | |
| 4 pm | | | | | | | |
| 5 pm | | | | | | | |
| 6 pm | | | | | | | |

MBB-0000163

# December 14, 2014 - December 20, 2014

**December 2014**
| Su | Mo | Tu | We | Th | Fr | Sa |
|---|---|---|---|---|---|---|
|  | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 |  |  |  |

**January 2015**
| Su | Mo | Tu | We | Th | Fr | Sa |
|---|---|---|---|---|---|---|
|  |  |  |  | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

| Time | 14 Sun | 15 Mon | 16 Tue | 17 Wed | 18 Thu | 19 Fri | 20 Sat |
|---|---|---|---|---|---|---|---|
|  |  | Tommy - OOO |  |  |  | Jeanne - OOO |  |
| 7 am |  |  |  |  |  |  |  |
| 8:00 |  |  |  | Apprentice Liner Admin Conf Room Lisa Wilms | Mary meet with | DeBrief Council |  |
| 9:00 |  | Review IT RFPs |  | Leadership Road Show #7 City Hall Cheryl Harrison-Lee | Jo Co Sheriff | Additional GIS A Admin Conf Room Lisa Wilms |  |
| 10:00 |  | Review 2014 Bud Mary's Office Mary Bush | Council Meeting Debrief/Agenda Review Meeting Council Chamber Cheryl Harrison |  |  | GIS An / Review Admin C / City Hal Lisa Wil / Cheryl |  |
| 11:00 |  |  |  |  | GIS Analyst Inter Admin Conf Room Lisa Wilms | lunch TBD Mary Bush |  |
| 12 pm |  |  | Lunch & Deliver popcorn to depts Lisa Wilms | Apprentice Lineman Interviews Conf Admin 10 Lisa Wilms |  |  |  |
| 1:00 |  | Prep for Cou Mee | |  | GIS Analyst Inter Admin Conf Room Lisa Wilms | Employee Updat review chi |  |
| 2:00 |  | MB / Revi / mee offic / Man Man / Jean |  |  |  | Comm Mgr/PIO Admin Conf Room Lisa Wilms |  |
| 3:00 |  | prep for council meeting | Discuss Commun | Meeting with Bil | Take girls to Performing Center |  |  |
| 4:00 |  |  |  |  |  | Meet with emplc |  |
| 5:00 |  |  |  |  |  |  |  |
| 6:00 |  |  |  |  |  |  |  |
|  |  | 7:00pm - 9:00pm |  |  |  |  |  |

# December 07, 2014 - December 13, 2014

December 2014
Su Mo Tu We Th Fr Sa
       1  2  3  4  5  6
 7  8  9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30 31

January 2015
Su Mo Tu We Th Fr Sa
             1  2  3
 4  5  6  7  8  9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31

| Time | 7 Sun | 8 Mon | 9 Tue | 10 Wed | 11 Thu | 12 Fri | 13 Sat |
|---|---|---|---|---|---|---|---|
| | | | Dean - OOO | | | Katie - OOO | |
| | | | | | | Tommy - OOO | |
| 7 am | | | | | | | |
| 8:00 | | Discuss Dave Fra | | | Safety Commi Lunche Council Chambe Shanno Temple | Comm Mgr / PIO Intervi | Dave Francq - re |
| 9:00 | | Council Meeting Debrief/Agenda Review Meeting Council Chambers Cheryl Harrison | Update on Utility | Interviews for Journeyman Lineman Admin Conf Room Lisa Wilms | | | Leadership Road Show #6 Police Department Cheryl Harrison-Lee |
| 10:00 | | Conference Call City of Gardner, K Mary Bush | Discuss Personne CHL Office Cheryl Harrison-L | | | | |
| 11:00 | | | KERIT Board Meeting Shawnee Shannon Templeton | | | Meet with Jerry City Hall - Admin Shannon Templet | |
| 12 pm | | | | | | | |
| 1:00 | | Recruiter conf call - Jim Nuse | | Drug & Alcohol Training (2 hr session for Managers) Council Chambers | off - afterno appoin | Jessee Valdez - Jo Co Sheriff office | |
| 2:00 | | Contract and Gra Admin Services O Mary Bush | | | | | |
| 3:00 | | Review Website Mary's Office Mary Bush | Talk with Dave F Visit with Tomm | Review Projects Mary's Office Jeanne Koontz | | | |
| 4:00 | | | | | | IT RFPs DUE! | |
| 5:00 | | | | | | | |
| 6:00 | | | | | | | |

Mary Bush                                                              1                                                              1/22/2015 5:37 PM

MBB-0000165

# November 30, 2014 - December 06, 2014

| | November 2014 | December 2014 |
|---|---|---|
| | SuMo TuWe Th Fr Sa | SuMo TuWe Th Fr Sa |
| |                      1 |   1  2  3  4  5  6 |
| | 2  3  4  5  6  7  8 | 7  8  9 10 11 12 13 |
| | 9 10 11 12 13 14 15 | 14 15 16 17 18 19 20 |
| | 16 17 18 19 20 21 22 | 21 22 23 24 25 26 27 |
| | 23 24 25 26 27 28 29 | 28 29 30 31 |
| | 30 | |

| Time | 30 Sun | 1 Mon | 2 Tue | 3 Wed | 4 Thu | 5 Fri | 6 Sat |
|---|---|---|---|---|---|---|---|
| all-day | | | Jeff's Birthday | | | Lisa - OOO | |
| 7 am | | | | | | | |
| 8:00 | | out - Vacation | Out - Vacation | | | | |
| 9:00 | | | | Sgt. Belcher - ev | Desk work | | |
| | | | | Prepare Pre-Bid Conference, Mary Bush | Call on vendor references | Leadership Road Show #5, Parks and Recreation Building, Third and Shawnee, Cheryl Harrison-L | |
| 10:00 | | | | reveiw applications | | | |
| 11:00 | | | | | | | |
| 12 pm | | | | | | | |
| 1:00 | | | | lunch - blood work | | Reveiw WebSite, my office, Mary Bush | |
| 2:00 | | | | calls to vendors | City of Gardner Pre-Bid Conference, City of Gardner, Haugan, Paul, DTI | Utility meeting - admin service offi, Mary Bush | |
| | | | | Review Ordinanc, Admin Conferenc, Jeanne Koontz | | | |
| 3:00 | | | | | | HOLD - Executive Asst Interviews, Admin Conf Room, Lisa Wilms | |
| 4:00 | | | | Status Updates, Mary's Office, Shannon Templet | | | |
| 5:00 | | | | | | | |
| 6:00 | | | Council Workses, City Hall - Council, Jeanne Koontz | | | | |
| | | | 7:00pm - 9:00pm | | | | |

Mary Bush        1        1/22/2015 5:37 PM

MBB-0000166

# November 23, 2014 - November 29, 2014

November 2014
| Su | Mo | Tu | We | Th | Fr | Sa |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 |  |  |  |  |  |  |

December 2014
| Su | Mo | Tu | We | Th | Fr | Sa |
|---|---|---|---|---|---|---|
|  | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 |  |  |  |

| Time | 23 Sun | 24 Mon | 25 Tue | 26 Wed | 27 Thu | 28 Fri | 29 Sat |
|---|---|---|---|---|---|---|---|
|  |  |  |  | Laura - Vacati |  |  |  |
| 7 am |  | Send managen |  |  |  |  |  |
| 8 00 |  |  | MAtt Wolf infon | MPR Conference | CLOSED - Thanksgiving | CLOSED - Thanksgiving |  |
|  |  |  | shop for Tree walmart Mary Bush |  |  |  |  |
| 9 00 |  | Gardner Energy - MPR Meeting |  | 1-on-1: Mary CHL office Cheryl Harrison |  |  |  |
| 10 00 |  |  |  |  |  |  |  |
| 11 00 |  |  | johnson county | Personnel Issue |  |  |  |
| 12 pm |  |  | Erika - Lunch |  |  |  |  |
| 1 00 |  | HOLD - Police Cl Conf Admin 10 Cheryl Harrison-L |  | out- half day |  |  |  |
| 2 00 |  | Employee Longevity - council chambers | Review Projects Mary's Office Jeanne Koontz |  |  |  |  |
| 3 00 |  |  | Review Electrical |  |  |  |  |
| 4 00 |  |  | Review - job cha |  |  |  |  |
| 5 00 |  |  |  |  |  |  |  |
| 6 00 |  |  |  |  |  |  |  |

MBB-0000167

# November 16, 2014 - November 22, 2014

| November 2014 | December 2014 |
|---|---|
| Su Mo Tu We Th Fr Sa | Su Mo Tu We Th Fr Sa |
|                       1 |  1  2  3  4  5  6 |
| 2  3  4  5  6  7  8 | 7  8  9 10 11 12 13 |
| 9 10 11 12 13 14 15 | 14 15 16 17 18 19 20 |
| 16 17 18 19 20 21 22 | 21 22 23 24 25 26 27 |
| 23 24 25 26 27 28 29 | 28 29 30 31 |
| 30 | |

| Time | 16 Sun | 17 Mon | 18 Tue | 19 Wed | 20 Thu | 21 Fri | 22 Sat |
|---|---|---|---|---|---|---|---|
| | Shannon's Bir | | | Tommy - OOC | | | |
| 7 am | | | | | | | |
| 8 00 | | | | | | | |
| 9 00 | | Birthday Breakfa; Discuss Visual ID | Meeting with Te | Larry Alsup - me admin conf room Mary Bush | Conf Call with Kc CHL Office Cheryl Harrison-L Conf Call with At CHL Office Cheryl Harrison-L | HOLD - Comm N Admin conf room Cheryl Harrison-L | |
| 10 00 | | Call Darrell - Jo ( Review - It RFP; | Council Meeting Debrief/Agenda Review Meeting Council Chamber Cheryl Harrison | Review CIP - Admin Conf Room Mary Bush | | HOLD - Executive Asst Interviews (2) Admin Conf Room Cheryl Harrison-Lee | |
| 11 00 | | | | | CAF - Laura your office Mary Bush | | |
| 12 pm | | | | | | | |
| 1 00 | | Meet with Bill Rc Admin Conf Roon Mary Bush | | meet with Bill W admin conf room Mary Bush | Future departme Future departme | HOLD - Exec. Asst Interviews (3) Admin Conf Room Cheryl Harrison-Lee | |
| 2 00 | | Hold - I Update prepare for Council Meeting | | Human Resources - Bill Wall Admin Conf Room Mary Bush | Network Admin Admin Conf Roon Cheryl Harrison-L | | |
| 3 00 | | | Review Projects Mary's Office Jeanne Koontz | | | | |
| 4 00 | | | | | | | |
| 5 00 | | | | | | | |
| 6 00 | | | | | | | |
| | | 7:00pm - 9:00pm | | | | | |

Mary Bush          1          1/22/2015 5:37 PM

MBB-0000168

# November 09, 2014 - November 15, 2014

| November 2014 | December 2014 |
|---|---|
| Su Mo Tu We Th Fr Sa | Su Mo Tu We Th Fr Sa |
|                     1 |  1  2  3  4  5  6 |
| 2  3  4  5  6  7  8 | 7  8  9 10 11 12 13 |
| 9 10 11 12 13 14 15 | 14 15 16 17 18 19 20 |
| 16 17 18 19 20 21 22 | 21 22 23 24 25 26 27 |
| 23 24 25 26 27 28 29 | 28 29 30 31 |
| 30 | |

| Time | 9 Sun | 10 Mon | 11 Tue | 12 Wed | 13 Thu | 14 Fri | 15 Sat |
|---|---|---|---|---|---|---|---|
| | | Katie - Vacation | | Lisa - Vacation | | | |
| | | Stewart Fair | | | | | |
| 7 am | | | | | | | |
| 8:00 | | | CLOSED - Veteran's Day | | | | |
| 9:00 | | Conf. Call with P / Cheryl's Office / Cheryl Harrison-L | | Discuss HTE Con / Conf Admin 10 / Mary Bush | Desk work | Discuss Website / Mary's Office / Mary Bush | |
| 10:00 | | | | | | Desk Work | |
| 11:00 | | Electric Security / my office / Mary Bush | | CIP Meeting / Admin Conf Room / Mary Bush | | | |
| 12 pm | | | | | | | |
| 1:00 | | | | | | | |
| 2:00 | | CIP Discussion / Admin Conf Room / Cheryl Harrison-L | | Leadership Road Show #4 / Public Works / Cheryl Harrison-Lee | KERIT 4th Quart / Conference Call / Bennett, Travis | | |
| 3:00 | | Review Projects / Mary's Office / Jeanne Koontz | | | City of Gardner / 120 E Main St. Ga / Brungardt, Matth | | |
| 4:00 | | | | | | | |
| 5:00 | | | | | | | |
| 6:00 | | | | | | | |

Mary Bush                              1                          1/22/2015 5:37 PM

MBB-0000169

# November 02, 2014 - November 08, 2014

November 2014
| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
|    |    |    |    |    |    | 1  |
| 2  | 3  | 4  | 5  | 6  | 7  | 8  |
| 9  | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 |    |    |    |    |    |    |

December 2014
| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
|    | 1  | 2  | 3  | 4  | 5  | 6  |
| 7  | 8  | 9  | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 |    |    |    |

| Time | 2 Sunday | 3 Monday | 4 Tuesday | 5 Wednesday | 6 Thursday | 7 Friday | 8 Saturday |
|------|----------|----------|-----------|-------------|------------|----------|------------|
|      |          | Tommy's Birthday | Tommy - OOO |      |            |          |            |
| 7 am |          |          |           |             |            |          |            |
| 8:00 |          |          |           |             |            |          |            |
| 9:00 |          | Conference Call | Chief Interview Council Chambers Mary Bush / Review Parks & Lisa Wil | Eco Dev Director your office Mary Bush | Utility Director Interview Conf Admin 10 Cheryl Harrison-Lee | Setup for Luncheon |  |
| 10:00 |         |          |           |             |            |          |            |
| 11:00 |         |          |           |             | United Way Event JoCo Fairgrounds - Green Building | Recogn Exceller lunche First Presbyt Church Cheryl Harrisor / Recogn Exceller Lunche |  |
| 12 pm |         |          | Lunch with Police Meet at Mary Bu | KAPIO |            |          |            |
| 1:00 |          |          |           |             |            |          |            |
| 2:00 |          | Tommy's Birthday |     |             | HOLD - Network Admin Interviews Admin Conf Room Lisa Wilms | Confen / Exit Int Discuss Janitoria |  |
| 3:00 |          |          |           |             |            |          |            |
| 4:00 |          |          |           |             |            | Review status be |  |
| 5:00 |          |          |           |             |            |          |            |
| 6:00 |          |          |           |             |            |          |            |
|      |          |          | 7:00pm - 9:00pm |       |            |          |            |

Mary Bush                                                                                                        1                                                                                                  1/22/2015 5:37 PM

MBB-0000170

# October 26, 2014 - November 01, 2014

**October 2014**
SuMo TuWe Th Fr Sa
         1  2  3  4
5  6  7  8  9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30 31

**November 2014**
SuMo TuWe Th Fr Sa
                   1
2  3  4  5  6  7  8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30

| | 26 Sun | 27 Mon | 28 Tue | 29 Wed | 30 Thu | 31 Fri | 1 Sat |
|---|---|---|---|---|---|---|---|
| | | Shannon - OC | Lisa's Birthday | | | Katie - OOO | |
| 7 am | | Send managen | | | | | |
| 8 00 | | | | Employee Flu Shots<br>Council Chambers<br>Shannon Templeton | | Prepare for Chief intervie | |
| 9 00 | | | | | Leadership Road Show #3<br>Wastewater treatment plant<br>Cheryl Harrison-Lee | | |
| 10 00 | | | | | | Police ( | |
| 11 00 | | | | Meeting with Bri | Discuss Website<br>Mary's Office<br>Mary Bush | | |
| 12 pm | | | Lisa's Birthday Lu<br>La Caretta<br>Katie J. Asbury | | | | |
| 1 00 | | | | Recruiting Busin<br>Cheryl's Office<br>Cheryl Harrison-L | Meet with Johna<br>Conf Admin<br>Mary Bush | | |
| 2 00 | | Conference call | Review Projects<br>Mary's Office<br>Jeanne Koontz | IT project updat<br>my office<br>Mary Bush | D. Francq; Mary's | | |
| 3 00 | | | | CONFRMED - Interview for Code<br>Parks Conf Room<br>Lisa Wilms | | leave early | |
| 4 00 | | | | | | | |
| 5 00 | | | | | | | |
| 6 00 | | | | | | | |

MBB-0000171

# October 19, 2014 - October 25, 2014

```
October 2014                  November 2014
Su Mo Tu We Th Fr Sa          Su Mo Tu We Th Fr Sa
          1  2  3  4                             1
 5  6  7  8  9 10 11           2  3  4  5  6  7  8
12 13 14 15 16 17 18           9 10 11 12 13 14 15
19 20 21 22 23 24 25          16 17 18 19 20 21 22
26 27 28 29 30 31             23 24 25 26 27 28 29
                              30
```

| Time | 19 Sun | 20 Mon | 21 Tue | 22 Wed | 23 Thu | 24 Fri | 25 Sat |
|---|---|---|---|---|---|---|---|
| 7 am | | | | | | | |
| 8:00 | | | | | distribute invitat | Gallagher - Adm Conf Admin 10 Matthew Wolff | |
| 9:00 | | Accident Review; PD meeting with | Review Budget; Admin Conf Room; Mary Bush | 1-on-1: Mary CHL office Cheryl Harrison-L | Follow-up on Pe Mary's Office Jeanne Koontz | Discuss Website Mary's Office Mary Bush | |
| 10:00 | | | Council Meeting Debrief/Agenda Review Meeting Council Chamber Cheryl Harrison-L | | | Review Projects Break Room Mary Bush | |
| 11:00 | | | | | | | |
| 12 pm | | Paul Jo Co IT - Review Network Admin Services O | Service Group m | | | | |
| 1:00 | | | | Review Open Ite | hold - lunch Kelly and Deb (MPR) LaCarreta Mary Bush | Poly Park Conf Room Conf Park 8 / HR Upd my offic Mar | |
| 2:00 | | City Hall Seurity; | | Review Projects Mary's Office Jeanne Koontz | PPACA - Informa Admin Conf Room Mary Bush | | |
| 3:00 | | Discuss City Hall | | Celebration Par | Meeting to follow-up on several items Mary's office Lisa Wilms | FW: Conf Matt / Poly Park | |
| 4:00 | | | | | | | |
| 5:00 | | | | | | | |
| 6:00 | | | | | | | |
| | | 7:00pm - 9:00pm | | | | | |

Mary Bush                                       1                                    1/22/2015 5:40 PM

MBB-0000172

# October 12, 2014 - October 18, 2014

October 2014
| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
|    |    |    | 1  | 2  | 3  | 4  |
| 5  | 6  | 7  | 8  | 9  | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 |    |

November 2014
| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
|    |    |    |    |    |    | 1  |
| 2  | 3  | 4  | 5  | 6  | 7  | 8  |
| 9  | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 |    |    |    |    |    |    |

| Time | 12 Sun | 13 Mon | 14 Tue | 15 Wed | 16 Thu | 17 Fri | 18 Sat |
|------|--------|--------|--------|--------|--------|--------|--------|
|      | ← From Oct 10 | Shannon - Vacation | | 5:00pm | | | |
|      | | Lisa - Vacation | | | | | |
| 7 am | | | | | | | |
| 8:00 | | | | | | Polygr testing Conf Admin 10 Conf Admin 10 | |
| 9:00 | | Utility Director n Admin conference Cheryl Harrison-L | Review Mary's ( Jeanne  Review | Bill Robbins con Reveiw Plan for l Police Station Mary Bush | Review Budget Documents Mary's Office Katie J. Asbury | | Leader Road Show #2 Electric Distribu Cheryl F |
| 10:00 | | City Clerk projec Admin conference Cheryl Harrison-L | Discuss Cindy tra Admin Conf Roon Mary Bush | Accident review; | | | |
| 11:00 | | | | | | | |
| 12 pm | | City of Gardne Lunch Austin's Sells, Tr | Meet P Austin's Cheryl F  funeral - Bud | | | | |
| 1:00 | | | | Review Project Listings Mary Bush | DOL - Confere | | |
| 2:00 | | | | | Vision Internet P Mary's Office Mary Bush | | |
| 3:00 | | | | | | | |
| 4:00 | | | | | | Exit Int | |
| 5:00 | | | | | | | |
| 6:00 | | | | | | | |

Mary Bush                    1                    1/22/2015 5:40 PM

MBB-0000173

# September 28, 2014 - October 04, 2014

**September 2014**
| Su | Mo | Tu | We | Th | Fr | Sa |
|---|---|---|---|---|---|---|
|    | 1  | 2  | 3  | 4  | 5  | 6  |
| 7  | 8  | 9  | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 |    |    |    |    |

**October 2014**
| Su | Mo | Tu | We | Th | Fr | Sa |
|---|---|---|---|---|---|---|
|    |    |    | 1  | 2  | 3  | 4  |
| 5  | 6  | 7  | 8  | 9  | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 |    |

| Time | 28 Sun | 29 Mon | 30 Tue | 1 Wed | 2 Thu | 3 Fri | 4 Sat |
|---|---|---|---|---|---|---|---|
| all day |  |  | Tommy - OOO |  |  |  |  |
| 7 am |  |  |  |  |  |  |  |
| 8:00 |  |  |  |  |  |  |  |
| 9:00 |  |  | Pay and Comp study kickoff meeting | Gardner Coffee | | Recognizing Excellence Session 3 | |
| 10:00 |  | Employee Engag CHL- Office Mary Bush | Parks & Rec conference room Cheryl Harrison-Lee | Groundhouse Jeremy Dautenha |  | First Presbyterian Church Cheryl Harrison-Lee |  |
| 11:00 |  |  |  |  |  |  |  |
| 12 pm |  |  |  |  |  |  |  |
| 1:00 |  | KU- doctors appt |  |  |  |  |  |
| 2:00 |  |  |  | Review Projects Mary's Office Jeanne Koontz |  |  |  |
| 3:00 |  |  |  |  |  |  |  |
| 4:00 |  |  |  |  |  |  |  |
| 5:00 |  |  |  |  |  |  |  |
| 6:00 |  |  |  |  |  |  |  |

Mary Bush                                    1                        1/22/2015 5:39 PM

MBB-0000174

# September 21, 2014 - September 27, 2014

September 2014
Su Mo Tu We Th Fr Sa
　　　 1  2  3  4  5  6
 7  8  9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30

October 2014
Su Mo Tu We Th Fr Sa
　　　　　　 1  2  3  4
 5  6  7  8  9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30 31

| Time | 21 Sun | 22 Mon | 23 Tue | 24 Wed | 25 Thu | 26 Fri | 27 Sat |
|---|---|---|---|---|---|---|---|
| 7 am | | Send manageme | | | | | |
| 8 00 | | | | Wastewater posi | All systems cont: | | |
| 9 00 | | | Dental Cleaning<br>Gardner Family Care | FW: ADA follow<br>Admin conference<br>Cheryl Harrison-L | | CONFIRMED -<br>Leadership<br>Road Show<br>Water Plant<br>Cheryl<br>Harrison-Lee | |
| 10 00 | | | | | | | |
| 11 00 | | | driveway appeal | iQ & City of Gard<br>120 E Main St, Ga<br>Adam Slater | Dr. Bernwald -<br>Eye Appt<br>Grin Eye Care | | |
| 12 pm | | | | | | | |
| 1 00 | | | | Review Projects<br>Mary's Office<br>Jeanne Koontz | conf call<br>Discuss PD recru<br>Mary's office<br>Lisa Wilms | Discuss Website<br>Progress w/<br>Katie<br>Mary's Office<br>Mary Bush | |
| 2 00 | | | PD building disc<br>CHL office<br>Cheryl Harrison-L | 1-on-1: Mary<br>CHL office<br>Cheryl Harrison-L | | | |
| 3 00 | | | | | open positions; | | |
| 4 00 | | | | | | | |
| 5 00 | | | | | | | |
| 6 00 | | | | | | | |

Mary Bush　　　　　　　　　　　　　　　　1　　　　　　　　　　　　　　　　1/22/2015 5:39 PM

MBB-0000175

# September 14, 2014 - September 20, 2014

| September 2014 | October 2014 |
|---|---|
| Su Mo Tu We Th Fr Sa | Su Mo Tu We Th Fr Sa |
|     1  2  3  4  5  6 |           1  2  3  4 |
| 7  8  9 10 11 12 13 | 5  6  7  8  9 10 11 |
| 14 15 16 17 18 19 20 | 12 13 14 15 16 17 18 |
| 21 22 23 24 25 26 27 | 19 20 21 22 23 24 25 |
| 28 29 30 | 26 27 28 29 30 31 |

| Time | 14 Sun | 15 Mon | 16 Tue | 17 Wed | 18 Thu | 19 Fri | 20 Sat |
|---|---|---|---|---|---|---|---|
| 7 am | | | | | | | |
| 8:00 | | | | | | | |
| 9:00 | | Meet with Dean / Mary's office / Mary Bush | Recognizing Exc / Admin conference / Leslie Quillen | IQ & City of Gard | Intruder Training Mgmt and Make Up / City Hall Council Chambers / Shannon Templeton | | |
| 10:00 | | Discuss Council / Mary's Office / Mary Bush | | | | | |
| 11:00 | | | | PD building / admin service off / Mary Bush | | | |
| 12 pm | | | Gardner Girls' brown bag / Admin conference / Leslie Quillen | Doctor - Lab work | girls lunch / your choice / Mary Bush | | |
| 1:00 | | Catch Up on Iten / Mary's Office / Jeanne Koontz | | GFOA - Health-Care Implementation: A Compliance Update Webinar / Council Chambers / Lisa Wilms | Canceled: Meet | Police Officer Testing / conf council chambers / Lisa Wilms | |
| 2:00 | | | | | | | |
| 3:00 | | Discuss MySidew / Mary's Office / Mary Bush | Conf Admin 10; | Pending Items / Mary's Office / Shannon Templet | Discuss Utility Co / Admin Conferenc / Jeanne Koontz | | |
| 4:00 | | | Review Projects / Mary's Office / Jeanne Koontz | | Blood work - Olathe Med | | |
| 5:00 | | | | | | | |
| 6:00 | | | | | | | |

7:00pm - 9:00pm

MBB-0000176

# September 07, 2014 - September 13, 2014

September 2014
Su Mo Tu We Th Fr Sa
       1  2  3  4  5  6
 7  8  9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30

October 2014
Su Mo Tu We Th Fr Sa
          1  2  3  4
 5  6  7  8  9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30 31

| | 7 Sun | 8 Mon | 9 Tue | 10 Wed | 11 Thu | 12 Fri | 13 Sat |
|---|---|---|---|---|---|---|---|
| | | Dean - OOO (Mon–Fri) | | | | | |
| 7 am | | | | | | | |
| 8:00 | | | Birthday Breakfa, Admin. Work Area, Katie J. Asbury | CBIZ/M Coffee: Gidding | Monte Gibbon Ground | | |
| 9:00 | | | discuss Recogniz | Blocking time for Admin Asst Interviews - will update; Admin Conf Room; Lisa Wilms | BAC Meetin - MPR; MPR; Mary Bush | Safety Fair | |
| 10:00 | | | | | | | |
| 11:00 | | | | | | | |
| 12 pm | | | KERIT Board meeting; Shawnee | | | | |
| 1:00 | | | | | | | |
| 2:00 | | | | | Safety Fair setup fairgrou | | |
| 3:00 | | | | | | Discuss Mary's ( Mary Bu | |
| 4:00 | | | Review Projects; Mary's Office; Jeanne Koontz | Reveiw electric in admin services of Mary Bush | | | |
| 5:00 | | | | | | | |
| 6:00 | | | | | | | |

MBB-0000177