**CHRISTINA HARRISON   6/12/2017**

```
                                                              Page 1
 1        IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF KANSAS
 2
     MARY BETH BUSH,              )
 3                                )
     Plaintiff,                   )  Case No. 16-2675-JWL-GEB
 4                                )
         vs.                      )
 5                                )
     CITY OF GARDNER, KANSAS,     )
 6                                )
     Defendant.                   )
 7
 8
 9
10
11   VIDEOTAPED DEPOSITION OF CHRISTINA HARRISON
12          TAKEN ON BEHALF OF PLAINTIFF
13                 JUNE 12, 2017
14                 9:23 TO 10:42
15        Maria L. Taylor, CCR, CSR, RPR
16
17
18
19
20
21
22
23                                    Summary Judgment Exhibit
24
25                                            38
```

**CHRISTINA HARRISON   6/12/2017**

Page 2

```
 1                          INDEX
 2   WITNESS:                                          PAGE
 3   CHRISTINA HARRISON
 4      EXAMINATION BY MR. HUBBARD                      6
 5      EXAMINATION BY MR. NAPOLITANO                  56
 6      FURTHER EXAMINATION BY MR. HUBBARD             57
 7
 8
                    PREVIOUSLY MARKED EXHIBITS
 9
     EXHIBIT
10   NUMBER              DESCRIPTION                   PAGE
11
        Exhibit 45     Previously marked exhibit       38
12
        Exhibit 46     E-mail                          13
13
        Exhibit 65     E-mail from Mary Bush           13
14
        Exhibit 101    Complaint                       36
15
        Exhibit 157    Highlights of the City of       15
16                     Gardner budget for 2014 and
                       2015
17
        Exhibit 158    Chart                           18
18
        Exhibit 159    Chart                           19
19
        Exhibit 163    Council action form              9
20
        Exhibit 176    Interrogatory answers           28
21
        Exhibit 187    Document Mary Beth Bush gave    37
22                     to the investigator
23      Exhibit 188    Written report submitted        40
                       July 15, 2015
24
25   NOTE:   Exhibits were retained by Mr. Hubbard.
```

1    there had been on the budgeted positions for 2014?
2           MR. NAPOLITANO:  Objection.
3        Q.   (By Mr. Hubbard)  In 2014.
4           MR. NAPOLITANO:  Object to form.  Calls for
5    speculation.
6           You may answer if you know.
7        A.   Can you repeat that?  I'm sorry.
8        Q.   (By Mr. Hubbard)  Was there significantly
9    less time spent on this decision to eliminate the ASM
10   position than there had been spent just the prior year
11   in determining to fully budget for it for 2015?
12          MR. NAPOLITANO:  Same objection.
13          You may answer.
14       A.   I can say the elimination as far as I was
15   engaged in, yes, less time.
16       (Exhibit 157 was previously marked for
17   identification.)
18       Q.   (By Mr. Hubbard)  I'm going to hand you
19   what has been previously marked as Exhibit 157 and ask
20   if this is the -- I think it's the highlights of the
21   City of Gardner budget for 2014 and 2015, excerpts of
22   it.
23       A.   Okay.
24       Q.   And so does Exhibit 157 contain excerpts of
25   the City of Gardner's adopted budget for 2014/2015?

```
 1          A.   It includes the budget calendar, the
 2   general message on -- specifically with personnel, and
 3   the salary schedule, yes.
 4          Q.   And with regard to the calendar, it shows
 5   that the budgeting process starts in February and
 6   culminates in August of -- with any particular -- this
 7   one being 2014?
 8          A.   Correct.
 9          Q.   And then on the page -- the next page that
10   deals with the budget message, you see the personnel
11   message highlighting the addition of certain
12   positions?
13          A.   Yes.
14          Q.   Including a human resources supervisor
15   position; is that correct?
16               It's in the fourth line down to human
17   resources?
18          A.   Yes.
19          Q.   And then if we look to the pages that give
20   the actual position under level five, we see a human
21   resources supervisor sort of in the middle.
22               Do you see that?
23          A.   Yes.
24          Q.   Do you recall -- did you see any indication
25   in these budget materials regarding the elimination of
```

1   **restructuring should be effectuated?**
2              MR. NAPOLITANO:  Same objection.
3              You may answer.
4         A.   I -- I can't speak to total time.  I
5    wasn't -- I can't speak to total time.
6         **Q.   (By Mr. Hubbard)  When do you think you**
7    **first heard of the proposal to eliminate the ASM**
8    **position?**
9         A.   The -- moving forward with the
10   recommendation was sometime late 2014, 2015.  That was
11   just a conversation -- that was just my involvement in
12   the conversation, which I would say was maybe an hour
13   conversation.
14        **Q.   And who was that conversation with?**
15        A.   It would have been with the city
16   administrator and the mayor.
17        **Q.   And do you recall the circumstances of that**
18   **meeting, like, why that meeting was being held?**
19        A.   I do not.
20        **Q.   What best can you -- best you recall was**
21   **discussed at that meeting?**
22        A.   The thought that we were in the process --
23   we had already hired a very qualified IT or network
24   administrator person, and we were in the process or
25   had candidates that were very qualified for the HR

Page 22

```
1    position.  And as a result of that and the
2    qualification of the people moving into those jobs,
3    that we did not need or we needed -- we did not need
4    the administrative services position.
5         Q.   And who articulated the view that you just
6    expressed?
7         A.   The city administrator.
8         Q.   Anything else you can recall at that
9    meeting that was discussed with regard to the ASM
10   position?
11        A.   The position specifically?  No.
12        Q.   Or with regard to this proposed
13   restructuring?
14        A.   The -- just that there should be
15   alternatives offered to Mary to be able to stay with
16   the City.
17        Q.   And who do you think expressed -- who do
18   you recall expressing that view?
19        A.   I expressed it.
20        Q.   Did -- were there other subsequent
21   conversations you had with regard to this topic?
22        A.   Yes.
23        Q.   Okay.  When do you recall -- or what do you
24   recall the next one being in your time line?
25        A.   I don't recall that -- I recall that
```

1    being -- well, the next one after that would have been
2    the city council meeting.
3        Q.   Could the meeting you're remembering with
4    the mayor and the city administrator had been
5    following the police chief interviews?
6        A.   It could have been.
7        Q.   Does that make sense as far as your
8    recollection?  I don't want to put words in your
9    mouth.
10       A.   No, we would have -- we would have all been
11   together, and so yes, that would have made sense.
12       Q.   And when -- whenever that meeting was, the
13   meeting that you just expressed, that was the first
14   time you had heard of the potentiality of eliminating
15   the ASM position?
16       A.   No.
17       Q.   When did you hear before that of that
18   potentiality?
19       A.   I had heard -- I cannot tell you the
20   specific time frame, but Cheryl and I -- Cheryl
21   expressed the same general movement towards that in a
22   one-on-one briefing that she and I had prior to that
23   meeting.  As a matter of fact, during that one-on-one,
24   I made some suggestions on some alternative positions
25   or areas of focus that I thought Mary could be

1  valuable in, but I can't tell you specifically when
2  that was.
3       Q.   But that definitely predated the meeting
4  that the mayor was at as well?
5       A.   Yes.
6       Q.   And could that have potentially been the
7  mid December council briefing?
8       A.   I -- I -- it could have been.  I actually
9  thought it was sooner than that, but I'm not -- I'm
10 not sure.
11      Q.   Do you have any notes regarding any of
12 these two meetings that you had at which the
13 potentiality of eliminating the ASM position was
14 discussed?
15      A.   I do not; however, I did think that I
16 provided Cheryl some copies of some potential job
17 descriptions.  I don't have reference to when that
18 happened.  I don't know if she still has those or not.
19      Q.   What type of potential jobs did you
20 recommend for Mary Bush?
21      A.   It wasn't a job specifically.  It was there
22 was some areas of focus -- we had recently started
23 looking at some employee engagement and improving
24 employee satisfaction.  We had had a survey and we had
25 results of those surveys, and I thought Mary would

CHRISTINA HARRISON  6/12/2017

Page 32

1            MR. NAPOLITANO:  Object to form.  Calls for
2     speculation.  You may answer, if you know.
3        A.   This was not a -- the elimination of the
4     administrative services position was not specific to a
5     performance issue.  It was specific, in my vote, to
6     the job not being needed.  So...
7        Q.   (By Mr. Hubbard)  Did the city
8     administrator ever express to you that it was the
9     fault of Mary Bush that certain city positions were
10    not being filled faster?
11       A.   I don't recall that conversation.
12       Q.   And in a broad sense, can you just tell me
13    any other criticisms of Mary Bush's performance, if
14    any, that you recall the city administrator ever
15    advising you about?
16       A.   I don't remember any specifics.
17       Q.   And then I'll broaden it to even broader.
18       A.   Okay.
19       Q.   Do you remember any criticisms anyone else
20    ever provided you about Mary Bush's performance?
21       A.   Mary Bush.
22       Q.   Okay.
23       A.   That I -- that was --
24       Q.   What did she tell you?
25       A.   She told me that she had failed or that

1  there was a -- a person that was hired who did not
2  have specific certifications or who had claimed to
3  have certifications that they did not have.
4      **Q.   It was a planning specialist position that**
5  **they didn't check the background on?**
6      A.   I believe so, yes.
7      **Q.   And Mary told you they made a mistake?**
8      A.   She told me they made a mistake, yes.
9      **Q.   When do you recall -- what do you recall**
10  **the circumstances being of that -- Mary telling you**
11  **that?**
12      A.   We -- she had reached out to me and asked
13  to meet, and so it was in November at a discussion her
14  and I had.
15      **Q.   Anything else you remember from that**
16  **discussion that was discussed between you and Mary?**
17      A.   She -- she felt that that particular
18  situation -- she felt like things were being taken
19  away from her and that she -- that specific -- she
20  indicated that that specific incident had changed the
21  relationship that she had had with Cheryl and that she
22  felt things were being taken away from her.
23           She felt that -- she also felt that -- she
24  also felt that -- she -- there was a situation, and I
25  believe it was with the pay that she -- she indicated

```
 1    to me that she had been brought in to clean it up or
 2    that it wasn't done properly, and so she just felt in
 3    general that Cheryl was treating her differently.
 4         Q.   Do you remember that being around November
 5    of 2014?
 6         A.   Yes.
 7         Q.   There's an e-mail we have that talks about
 8    you having coffee with her in August of 2014.  Do you
 9    remember what that might have been about?
10              MR. HUBBARD:  Am I wrong about my date?
11              MR. NAPOLITANO:  I think you're wrong about
12    your date.
13              MR. HUBBARD: Okay.  I'll apologize.  Let
14    me see.
15         Q.   (By Mr. Hubbard)  My bad.  It is November.
16    Strike that.
17         A.   Okay.
18         Q.   I don't know why I thought it was August.
19         A.   I was going to say, wait a minute.
20         Q.   You're absolutely right.  It was August.
21    Any other discussion --
22              MR. NAPOLITANO:  November.
23         Q.   (By Mr. Hubbard)  It was November.
24              Wishful thinking.
25         A.   Yeah.
```

CHRISTINA HARRISON   6/12/2017

Page 56

1    morning.
2             MR. NAPOLITANO:  Can we go off the record?
3             THE VIDEOGRAPHER:  We are now off the
4    record at 10:35 a.m.
5             (WHEREIN, a short break was taken.)
6             THE VIDEOGRAPHER:  We are now on the record
7    at 10:39 a.m.
8                      EXAMINATION
9    BY MR. NAPOLITANO:
10        Q.   I've just got a few questions for you,
11   Councilwoman Harrison.
12             You were asked about when you had
13   conversations with Cheryl and the mayor about
14   eliminating the administrative services manager
15   position.
16             Do you recall that?
17        A.   I do.
18        Q.   And you couldn't specifically recall the
19   date, although, I think January 23rd was suggested by
20   counsel.
21             Do you remember that?
22        A.   I do.
23        Q.   I know you said you can't specifically
24   remember the date, but do you remember or are you able
25   to tell us if that conversation wherein Cheryl

Page 57

1    **indicated she wanted to eliminate the ASM position, if**

2    **that happened prior to your receipt of Mary Beth**

3    **Bush's complaint?**

4           A.   It did.

5           **Q.   And how can you say that?**

6           A.   Because I remember receiving the complaint

7    and thinking that she must know that something was

8    going on.

9           **Q.   And between January 26, '15, the day you**

10   **received the complaint -- excuse me -- and the day**

11   **council voted to eliminate that position on**

12   **March 16th, did you have any conversations with Cheryl**

13   **about eliminating that position?**

14          A.   Not that I recall.

15          **Q.   Any conversations with the mayor in that**

16   **same time period about eliminating that position?**

17          A.   Not that I recall.

18               MR. NAPOLITANO:   I have no further

19   questions.

20                    FURTHER EXAMINATION

21   BY MR. HUBBARD:

22          **Q.   I've got a follow-up or two.**

23               **Did you tell Mary Bush her job was up for**

24   **elimination?**

25          A.   Not that I recall.